**SEALED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA     :    CRIMINAL NO. 0 6 - 1 8 6

                              :    **GRAND JURY ORIGINAL**

              v.             :    **FILED UNDER SEAL**

                              :

STEPHANIE EMERSON OLDS    :
      Defendant             :

**FILED**

JUN 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the government's Motion to Seal and for the reasons stated therein, it is this 23rd day of June, 2006, hereby

ORDERED, that the Indictment in the above-captioned matter, the government's Motion to Seal, and this Order shall be SEALED and that this Order will remain in effect until further Order of this Court.

_John M. Facciola_
John M. Facciola
United States Magistrate Judge