UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case Number: |
| | : | |
| | : | Grand Jury Original |
| | : | |
| | : | Violations: |
| v. | : | |
| | : | 18 U.S.C. §§ 287, 2 |
| | : | (Making False Claims) |
| | : | |
| STEPHANIE EMERSON OLDS | : | 22 D.C. Code §§ 3221(a), 3222(a)(1) |
| Defendant | : | (Fraud in the First Degree) |

### INDICTMENT

The Grand Jury charges that:

### COUNTS 1-3
### Making False Claims

At all times relevant to this Indictment:

1. In 2001 through 2003, defendant STEPHANIE EMERSON OLDS ("OLDS") was a resident of the District of Columbia . She was employed in and earned income through a number of jobs, including working for the District of Columbia and for area supermarkets.  OLDS was a resident of the District of Columbia and was required to file both federal and District of Columbia individual income tax returns.

2. Prior to 2001, OLDS was employed by a urologist ("Urologist") in the District of Columbia.  OLDS did not work for the urologist at any point between 2001 and 2003.

3. For the tax years of 2001, 2002, and 2003, OLDS filed federal individual income tax returns ("Form 1040").  For the tax years of 2001 and 2002, OLDS filed District of Columbia

individual income tax returns ("Form D-40"). OLDS employed a tax preparer ("Tax Preparer"), who was located in the District of Columbia, to prepare each of these Form 1040 and Form D-40 tax returns. Each year, OLDS provided the Tax Preparer with a Form W-2, which, among other things, purported to indicate the amount of money that OLDS's employer had withheld from her salary for the payment of federal and District of Columbia individual income tax.

4.     For the tax years of 2001, 2002, and 2003, based on the W-2 and other data that OLDS provided, the Tax Preparer completed and transmitted Form 1040 to the United States Internal Revenue Service. Also, for the tax years of 2001 and 2002, based on the W-2 and other data that OLDS provided, the Tax Preparer completed and transmitted Form D-40 to the District of Columbia Office of Tax and Revenue. OLDS directed the Tax Preparer to use a Washington, D.C. post office box on each Form 1040 and Form D-40 as OLDS's address.

### The Scheme

5. OLDS provided the Tax Preparer with false information that OLDS knew would cause the Tax Preparer to file false federal and District of Columbia individual income tax returns on OLDS's behalf.

6. Specifically, for each of the above-mentioned tax years, OLDS gave to the Tax Preparer a forged W-2 that indicated that she was employed by the Urologist, and that the Urologist had withheld from her salary large amounts of money for federal and District of Columbia income tax payments. In truth and in fact, as OLDS well knew, the Urologist was not then her employer and withheld no money for the payment of federal or District of Columbia taxes.

7. On each Form 1040 and Form D-40 for these tax years, OLDS claimed large tax refunds. OLDS well knew that the inclusion on each Form 1040 and Form D-40 of the false tax withholding

information from the forged W-2 forms would cause the United States and the District of Columbia, respectively, to mail to OLDS large tax refunds to which OLDS was not entitled.

8. For the tax years of 2001 and 2002, the United States mailed to OLDS tax refund checks of $21,260.00 and $28,139.00, respectively. OLDS deposited these checks into her bank account. The United States did not mail a refund check to OLDS for the tax year of 2003.

9. For the tax year of 2001, the District of Columbia mailed a tax refund check of $13,902.00 to OLDS, who deposited the check into her bank account. For the tax year of 2002, the District of Columbia mailed to OLDS a tax refund check of $23,036.00. The United States Postal Service intercepted the refund check from the mail before OLDS received it.

Making False Claims to the Internal Revenue Service

10. On or about the dates and in the amounts set forth in the table below, in the District of Columbia and elsewhere, defendant STEPHANIE EMERSON OLDS caused the Tax Preparer to make and present to a department and agency of the United States, that is, the Internal Revenue Service, claims upon and against the United States, and any department and agency thereof, that is, Form 1040 individual income tax returns claiming tax refunds, knowing such claims to be false, fictitious, and fraudulent:

| Count | Tax Year | Date of filing of false Form 1040 claiming a tax refund | Amount of tax refund claimed | Date that refund check was mailed to OLDS | Amount of tax refund received by OLDS |
|---|---|---|---|---|---|
| 1 | 2001 | 1/30/02 | $21,260.00 | 3/1/02 | $21,260.00 |
| 2 | 2002 | 1/28/03 | $28,139.00 | 2/28/03 | $28,139.00 |
| 3 | 2003 | 3/3/04 | $26,468.00 | No check mailed | No refund received |

**(Making False Claims, in violation of 18 U.S.C. §§ 287, 2)**

## COUNT 4
### Fraud in the First Degree

11.    Paragraphs 1-9 of this Indictment are incorporated by reference as if set out in full.

12.    On or about the dates and in the amounts set forth in the table below, in the District of Columbia, defendant STEPHANIE EMERSON OLDS engaged in a scheme and systematic course of conduct with the intent to defraud and to obtain property of another, that is, tax refund payments from the District of Columbia, by means of false and fraudulent pretenses, representations, and promises, as set forth above, and thereby obtained property of another and caused another to lose property, said property having a value of $250 or more.

| Tax Year | Date of filing of false Form D-40 claiming a tax refund | Amount of tax refund claimed | Date that refund check was mailed to OLDS | Amount of tax refund received by OLDS |
| --- | --- | --- | --- | --- |
| 2001 | 1/30/02 | $13,902.00 | 2/7/02 | $13,902.00 |
| 2002 | 1/31/03 | $23,036.00 | 2/11/03 | No refund received |

**(Fraud in the First Degree, in violation of 22 D.C. Code §§ 3221(a), 3222(a)(1))**

TRUE BILL

FOREPERSON

Attorney for the United States in
and for the District of Columbia