# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

SEALED

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 06-186 | MAGIS. NO: |
|---|---|---|
| | None | None |

v.

STEPHANIE EMERSON OLDS

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

**FILED**
JUL 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| DOB: | PDID: None | | |
|---|---|---|---|
| WARRANT ISSUED ON THE BASIS OF: | Indictment Return | DISTRICT OF ARREST | |
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Making False Claims and Fraud in the First Degree

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18 U.S.C. §§ 287, 2 and 22 D.C. Code §§ 3221(a), 3222(a)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: JOHN M. FACCIOLA U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) John M Facciola | DATE ISSUED: 06/23/06 |
|---|---|---|
| CLERK OF COURT: NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK: | DATE: JUN 23 2006 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 06/30/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 07/06/2006 | BERTRAND, KERRY DUSM | |
| HIDTA CASE: Yes  No | | OCDETF CASE: Yes  No |