UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number 06-186 (GK) |
| | : | |
| v. | : | |
| | : | |
| **STEPHANIE EMERSON OLDS** | : | |

### GOVERNMENT'S MOTION TO DISCLOSE
### CERTAIN INFORMATION AND FOR A PROTECTIVE ORDER

The United States of America, by and through undersigned counsel, hereby files this Motion to Disclose Certain Information and for a Protective Order.

On June 23, 2006, the grand jury indicted the defendant. Magistrate Judge Facciola issued a bench warrant, and ordered that the indictment and warrant be sealed.

On July 7, after execution of the bench warrant, Magistrate Judge Robinson arraigned the defendant and ordered the case unsealed. This Court ordered that a status hearing take place on Friday, July 14, at 10:15 A.M.

The government has nearly completed preparing the discovery in this case, and will be ready to provide the materials to defense counsel shortly after the status hearing.

To fulfill its discovery obligations, the government wishes to provide to the defense certain tax information and grand-jury material that, in some other contexts, may not be disclosed. The government requests that the Court issue an order directing the government to produce to the defense such tax material and grand-jury material that Rule 16 and other disclosure obligations require the government to produce.

Some of the discovery in this case contains financial and tax information relating not just

to the defendant, but to other individuals.  This information is detailed and sensitive.  While the defendant and her counsel are entitled to receive this material for the purpose of preparing their defense, they are not entitled to disclose and make use of the material for other purposes.

Pursuant to Fed. R. Crim. P. 16(d)(1), the government seeks a protective order providing that the defendant and her counsel may use materials provided by the government solely for the purposes of preparing their defense in this criminal case.

WHEREFORE, the United States respectfully requests that the Court grant this Motion to Disclose Certain Information and for a Protective Order.  A proposed order is attached.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY

        _____
        HOWARD R. SKLAMBERG
        Assistant United States Attorney
        Fraud & Public Corruption Section
        555 Fourth Street, N.W.
        Washington, DC 20001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served by electronic mail upon Mary Manning Petras, Esq., Federal Public Defenders Service, mary_petras@fd.org, this 10th day of July, 2006.

        _____
        Howard R. Sklamberg