UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number 06-186 (GK) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **STEPHANIE EMERSON OLDS** | : | |

## **ORDER**

Upon consideration of the government's Motion to Disclose Certain Information and for a Protective Order, the Court hereby

ORDERS that the government shall produce such tax material and grand jury material that Rule 16 and other disclosure obligations require it to produce;

ORDERS that the defendant and her counsel may use materials provided by the government solely for the purposes of preparing their defense in this criminal case.

_____
Gladys Kessler
United States District Judge

Dated: