UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case Number 06-186 (GK) |
| | : | |
| v. | : | **FILED** |
| | : | JUL 1 1 2006 |
| STEPHANIE EMERSON OLDS | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

### ORDER

Upon consideration of the government's Motion to Disclose Certain Information and for a Protective Order, the Court hereby

ORDERS that the government shall produce such tax material and grand jury material that Rule 16 and other disclosure obligations require it to produce;

ORDERS that the defendant and her counsel may use materials provided by the government solely for the purposes of preparing their defense in this criminal case.

*Gladys Kessler*
Gladys Kessler
United States District Judge

Dated: July 10, 2006