UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 06-186 (GK) |
| | : | |
| **STEPHANIE EMERSON OLDS** | : | |

## ORDER

Upon consideration of the government's Motion to Introduce Evidence of the Defendant's Other Crimes and Bad Acts, and for good cause shown, the Motion is hereby granted.

_____
Gladys Kessler
United States District Judge