UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 06-186 (GK) |
| | : | |
| **STEPHANIE EMERSON OLDS** | : | |

**GOVERNMENT'S ADDENDUM TO MOTION TO INTRODUCE EVIDENCE OF
THE DEFENDANT'S OTHER CRIMES AND BAD ACTS**

The Government hereby files this Addendum to Motion to Introduce Evidence of the Defendant's Other Crimes and Bad Acts.  In support of this pleading, the Government respectfully submits:

In its Motion to Introduce Evidence of the Defendant's Other Crimes and Bad Acts, filed on November 13, the government stated:

> On December 5, 2003, Olds deposited into her personal bank account a check for $5,250.00.  The check was drawn on the account of The Devereux Foundation and was payable to "DC Child & Family Services, Accounting Division."  Once again, at the time of deposit, Olds presented a fictitious letter purportedly from Karen Edwards.  The letter said: "This is contractual pay for Stephanie Olds.  After audit findings it was concluded that this check belongs to her.  Please allow her to deposit it and funds available immediately."

The government wishes to amend this statement of facts.  Specifically, the defendant presented the check for deposit into her account.  The bank accepted the check, but placed a five-day hold on it.  During that five-day period, the bank decided not to honor the check.  So, despite her efforts, Olds never obtained this money.

WHEREFORE, the government respectfully requests that the Court grant the Government's Motion to Introduce Evidence of the Defendant's Other Crimes and Bad Acts.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney

_____
Howard R. Sklamberg
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Fifth Floor
Washington, DC 20001

Certificate of Service

    I hereby certify that on November 17, 2006, a copy of this pleading was served by electronic mail upon Mary Petras, Esq., Federal Public Defender's Office.

_____
Howard R. Sklamberg
Assistant United States Attorney