**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**
**Grand Jury Sworn in on May 11, 2006**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number 06-186 (GK) |
| | : | |
| | : | **Grand Jury Original** |
| | : | |
| | : | **Violations:** |
| | : | |
| | : | **22 D.C. Code §§ 3221(a), 3222(a)(1)** |
| v. | : | **(Fraud in the First Degree)** |
| | : | |
| | : | **18 U.S.C. § 666(a)(1)(A)** |
| | : | **(Theft from a Program Receiving Federal** |
| | : | **Funds)** |
| | : | |
| **STEPHANIE EMERSON OLDS** | : | **18 U.S.C. §§ 287, 2** |
| Defendant | : | **(Making False Claims)** |

**SUPERSEDING INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Fraud in the First Degree**

At all times relevant to this Indictment:

1. From in or about March 2002 until in or about December 2003, defendant STEPHANIE EMERSON OLDS ("OLDS") was employed at the District of Columbia Child and Family Services Agency ("CFSA") as a budget analyst. OLDS also worked in CFSA's Accounting Division, where her duties included processing purchase orders and invoices for the agency and entering information into an accounting database. OLDS's office was in Washington, D.C.

2. In or about the summer and fall of 2003, OLDS devised and implemented a scheme to steal money that rightfully belonged to CFSA. Using her position at CFSA, OLDS obtained checks

from businesses that owed money to CFSA.  OLDS then deposited these checks into her personal bank account.  This money belonged to CFSA, and OLDS converted the money to her own use, having no authority from CFSA to do so.  In this scheme, OLDS stole over $24,000 from CFSA.

    3.  The first check that OLDS embezzled was for $3,520.58, drawn on the account of Kinko's, and dated July 11, 2003.  The check was payable to "S.L. Emerson, Attn: Michelle Edmonds - VP."

    a) On or about July 8, 2003, OLDS caused a letter to be sent to Kinko's from a fake company called "S.L. Emerson."  (Emerson is OLDS's maiden name).  The letter stated, "My office was contacted and was requested to provide you authorization to release payment in the amount of $3,520.58 along with CFSA."  The letter requested that Kinko's send this $3520.58 to OLDS's Washington, D.C. post office box and was signed by "Michelle Edmonds," who was identified as "Vice President" of the sham "S.L. Emerson" company.

    b) Also on or about July 8, 2003, OLDS caused a letter to be sent to Kinko's from "Karen Edwards" of CFSA.  No one named Karen Edwards was employed by CFSA.  The letter, which was on CFSA letterhead, stated, "This letter is to authorize and release Kinko's from liability regarding issuance of the refund in the amount of $3,520.58 to S.L. EMERSON."

    c) On or about July 11, 2003, based on these false representations, Kinko's issued a check for $3,520.58.  On or about July 16, 2003, OLDS deposited this check into her personal bank account.  OLDS had no authority to convert this check to her own use.

    4.  The second check that OLDS embezzled was for $9,563.58, drawn on the account of Virginia Commonwealth University, and dated August 11, 2003.  The check was payable to "Child and Family Svcs Agency, S L Emerson, 400 Sixth Street SW Rm 2085, Washington DC 20024."

    a) On or about July 23, 2003, Virginia Commonwealth University caused two vouchers to

be created, calling for CFSA to receive a refund totaling $9,563.58. The refund was for CFSA's overpayment for "Competency Based Knowledge and Skill Traits under the direction of Linda C. Sawyers."

b) On or about August 11, 2003, based on these vouchers, Virginia Commonwealth University sent a check to CFSA for $9,563.58.

c) On or about August 19, 2003, OLDS deposited this check into her personal bank account. OLDS had no authority to convert this check to her own use.

5. The next check that OLDS embezzled was for $8,835.00, drawn on the account of Keystone Education, and dated October 28, 2003. The check was payable to "DC Child & Family Serv. Agency."

a) On or about November 29, 2003, OLDS presented the check to her bank for deposit. Along with the check, OLDS provided the bank a fraudulent letter, on CFSA letterhead, and purportedly from the fictitious "Karen Edwards." The letter stated: "In regards to check #00164126 for $8,835.00 made payable to CFSA. This check after audit findings is contractual pay for Stephanie Emerson-Olds. Please allow her to deposit this payment as CFSA relinquishes all rights entitled to this check."

b) Based on these false representations, on or about November 29, 2003, OLDS's bank negotiated the check, and, after a short hold, deposited $8,835.00 into OLDS's account. OLDS had no authority to convert the check to her own use.

6. The next check that OLDS embezzled was for $2,830.17, drawn on the account of AT&T, and dated October 29, 2003. The check was payable to "Child and Family Serv - Dis of C, Attn: Stephanie Olds."

a) On or about November 3, 2003, OLDS presented the check to her bank for deposit. Along with the check, OLDS provided the bank a fraudulent letter, on CFSA letterhead, and purportedly from the fictitious "Karen Edwards." The letter stated: "This check belongs to Stephanie Olds. It is not made out to CFSA. This is her payroll check for consultant work done on a contract. We are holding no claim to this payment. Our name is only to reference the contract worked on."

b) Based on these false representations, on or about November 3, 2003, OLDS's bank negotiated the check and, after a short hold, deposited $2,830.17 into OLDS's account. OLDS had no authority to convert the check to her own use.

7. OLDS also attempted to embezzle a check for $5,250.00, drawn on the account of The Devereux Foundation, and dated December 5, 2003. The check was payable to "DC Child & Family Services, Accounting Division."

a) On or about December 18, 2003, OLDS presented the check to her bank for deposit. Along with the check, OLDS provided the bank a fraudulent letter, on CFSA letterhead, and purportedly from the fictitious "Karen Edwards." The letter stated: "This is contractual pay for Stephanie Olds. After audit findings it was concluded that this check belongs to her. Please allow her to deposit it and funds available immediately."

b) OLDS's bank accepted the check, but placed a five-day hold on it. During that five-day period, the bank decided not to honor the check. OLDS had no authority to authority to attempt to convert this check to her own use.

8. From in or about July 2003 through in or about December 2003, in the District of Columbia, defendant STEPHANIE EMERSON OLDS engaged in a scheme and systematic course of conduct with the intent to defraud and to obtain property of another, that is, money owed to and

4

belonging to the District of Columbia Child and Family Services Agency, by means of false and fraudulent pretenses, representations, and promises, as set forth above, and thereby obtained property of another and caused another to lose property, said property having a value of $250 or more.

**(Fraud in the First Degree, in violation of 22 D.C. Code §§ 3221(a), 3222(a)(1))**

## COUNT 2
### Theft from a Program Receiving Federal Funds

9. Paragraphs 1-6 of this Indictment are incorporated by reference as if set out in full.

10. The CFSA received over $30 million in federal funds from October 1, 2002 through September 30, 2003 and over $30 million in federal funds from October 1, 2003 through September 30, 2004.

11. From in or about July 2003 through in or about November 2003, in the District of Columbia and elsewhere, defendant STEPHANIE EMERSON OLDS, then an agent and employee of the District of Columbia Child and Family Services Agency, embezzled, stole, obtained by fraud, and without authority knowingly converted to the use of a person not the rightful owner, monies, worth $5,000 or more, that were owned by the District of Columbia Child and Family Services Agency, a state and local agency that received over $10,000 from a federal program in both the one-year period of October 1, 2002 through September 30, 2003 and the one-year period of October 1, 2003 through September 30, 2004.

**(Theft from a Program Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(A))**

## COUNTS 3-5
### Making False Claims

12. Paragraphs 1-6 of this Indictment are incorporated by reference as if set out in full.

13. In 2001 through 2003, OLDS was a resident of the District of Columbia. She was

employed in and earned income through a number of jobs, including working for the District of Columbia and for area supermarkets. OLDS was a resident of the District of Columbia and was required to file both federal and District of Columbia individual income tax returns.

14. Prior to 2001, OLDS was employed by a urologist ("Urologist") in the District of Columbia. OLDS did not work for the urologist at any point between 2001 and 2003.

15. For the tax years of 2001, 2002, and 2003, OLDS filed federal individual income tax returns ("Form 1040"). For the tax years of 2001 and 2002, OLDS filed District of Columbia individual income tax returns ("Form D-40"). OLDS employed a tax preparer ("Tax Preparer"), who was located in the District of Columbia, to prepare each of these Form 1040 and Form D-40 tax returns. Each year, OLDS provided the Tax Preparer with a Form W-2, which, among other things, purported to indicate the amount of money that OLDS's employer had withheld from her salary for the payment of federal and District of Columbia individual income tax.

16. For the tax years of 2001, 2002, and 2003, based on the W-2 and other data that OLDS provided, the Tax Preparer completed and transmitted Form 1040 to the United States Internal Revenue Service. Also, for the tax years of 2001 and 2002, based on the W-2 and other data that OLDS provided, the Tax Preparer completed and transmitted Form D-40 to the District of Columbia Office of Tax and Revenue. OLDS directed the Tax Preparer to use a Washington, D.C. post office box on each Form 1040 and Form D-40 as OLDS's address.

## The Scheme

17. OLDS provided the Tax Preparer with false information that OLDS knew would cause the Tax Preparer to file false federal and District of Columbia individual income tax returns on OLDS's behalf.

18. Specifically, for each of the above-mentioned tax years, OLDS gave to the Tax Preparer a forged W-2 that indicated that she was employed by the Urologist, and that the Urologist had withheld from her salary large amounts of money for federal and District of Columbia income tax payments. In truth and in fact, as OLDS well knew, the Urologist was not then her employer and withheld no money for the payment of federal or District of Columbia taxes.

19. Also, for the tax year of 2003, OLDS concealed from the Tax Preparer the fact that OLDS had received over $24,000 from the embezzlement scheme outlined in Paragraphs 1-6 of this Indictment.

20. On each Form 1040 and Form D-40 for the tax years of 2001, 2002, and 2003, OLDS claimed large tax refunds. OLDS well knew that the inclusion on each Form 1040 and Form D-40 of the false tax withholding information from the forged W-2 forms would cause the United States and the District of Columbia, respectively, to mail to OLDS large tax refunds to which OLDS was not entitled.

21. OLDS well knew that the federal refund that she could claim for the tax year of 2003 would have been reduced if she had declared, on her Form 1040, the over $24,000 that she had stolen from the CFSA.

22. For the tax years of 2001 and 2002, the United States mailed to OLDS tax refund checks of $21,260.00 and $28,139.00, respectively. OLDS deposited these checks into her bank account. The United States did not mail a refund check to OLDS for the tax year of 2003.

23. For the tax year of 2001, the District of Columbia mailed a tax refund check of $13,902.00 to OLDS, who deposited the check into her bank account. For the tax year of 2002, the District of Columbia mailed to OLDS a tax refund check of $23,036.00. The United States Postal

Service intercepted the refund check from the mail before OLDS received it.

### Making False Claims to the Internal Revenue Service

24. On or about the dates and in the amounts set forth in the table below, in the District of Columbia and elsewhere, defendant STEPHANIE EMERSON OLDS caused the Tax Preparer to make and present to a department and agency of the United States, that is, the Internal Revenue Service, claims upon and against the United States and any department and agency thereof, that is, Form 1040 individual income tax returns claiming tax refunds, knowing such claims to be false, fictitious, and fraudulent:

| Count | Tax Year | Date of filing of false Form 1040 claiming a tax refund | Amount of tax refund claimed | Date that refund check was mailed to OLDS | Amount of tax refund received by OLDS |
|---|---|---|---|---|---|
| 3 | 2001 | 1/30/02 | $21,260.00 | 3/1/02 | $21,260.00 |
| 4 | 2002 | 1/28/03 | $28,139.00 | 2/28/03 | $28,139.00 |
| 5 | 2003 | 3/3/04 | $26,468.00 | No check mailed | No refund received |

**(Making False Claims, in violation of 18 U.S.C. §§ 287, 2)**

### COUNT 6
### Fraud in the First Degree

25. Paragraphs 1-6, 13-18, 20, and 23 of this Indictment are incorporated by reference as if set out in full.

26. On or about the dates and in the amounts set forth in the table below, in the District of Columbia, defendant STEPHANIE EMERSON OLDS engaged in a scheme and systematic course of conduct with the intent to defraud and to obtain property of another, that is, tax refund payments from the District of Columbia, by means of false and fraudulent pretenses, representations, and

promises, as set forth above, and thereby obtained property of another and caused another to lose property, said property having a value of $250 or more:

| Tax Year | Date of filing of false Form D-40 claiming a tax refund | Amount of tax refund claimed | Date that refund check was mailed to OLDS | Amount of tax refund received by OLDS |
|---|---|---|---|---|
| 2001 | 1/30/02 | $13,902.00 | 2/7/02 | $13,902.00 |
| 2002 | 1/31/03 | $23,036.00 | 2/11/03 | No refund received |

**(Fraud in the First Degree, in violation of 22 D.C. Code §§ 3221(a), 3222(a)(1))**

TRUE BILL


FOREPERSON


Attorney for the United States in
and for the District of Columbia