UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR 06-186 (GK) |
| STEPHANIE EMERSON OLDS | : | |

UNOPPOSED MOTION FOR LEAVE TO LATE FILE MOTION AND OPPOSITION

Ms. Stephanie Emerson Olds, the defendant, through undersigned counsel, respectfully moves this Honorable Court for leave to late file an opposition to the Government's Motion to Introduce Evidence of the Defendant's Other Crimes and Bad Acts. In support of this motion, counsel states:

1. On November 13, 2006, the government filed Government's Motion to Introduce Evidence of the Defendant's Other Crimes and Bad Acts.

2. Undersigned counsel mistakenly failed to file a timely opposition and did not recognize this failure until preparing a motion to sever counts in response to the return of a superseding indictment.

3. Pursuant to the Court's order, Ms. Olds's severance motion was due January 4, 2007.

4. Counsel completed the severance motion and the opposition to the government's Rule 404(b) motion at approximately 10:45 p.m., on January 4, 2007, but was unable to log in to the ECF system in order to file the motions.

5. On January 5, 2007, undersigned counsel spoke with the Assistant United States Attorney assigned to this case, who represented that the government does not oppose this motion.

WHEREFORE, for the foregoing reasons, Ms. Olds respectfully moves this Honorable Court for leave to late file on January 5, 2007, the severance motion and an opposition to the government's Rule 404(b) motion.

Respectfully submitted,

/s/

_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500