UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR 06-186 (GK) |
| STEPHANIE EMERSON OLDS | : | |

ORDER

Upon consideration of defendant's Unopposed Motion for Leave to Late File Motion and Opposition and finding good cause shown, it is this ___ day of _____, 2007, hereby

ORDERED that the motion is GRANTED.

_____
Gladys Kessler
United States District Judge