UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 06-186 (GK) |
| | : | |
| **STEPHANIE EMERSON OLDS** | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE
TO LATE FILE OPPOSITIONS TO DEFENDANT'S MOTIONS**

The United States of America, by and through undersigned counsel, respectfully submits this Unopposed Motion for Leave to Late File Oppositions to Defendant's Motions.

On November 13, 2006, the government filed a Motion to Introduce Evidence of the Defendant's Other Crimes and Bad Acts. The opposition was due on December 1, 2006.

On December 14, 2006, a grand jury returned a superseding indictment.

On December 22, 2006, the Court arraigned the defendant on new charges. The Court set a deadline of January 4 for defense motions and January 11 for the government's oppositions.

On January 5, the defendant filed her response to the government's November 13 motion and a new motion. The government did not object to, and the Court granted, the defendant's motion for leave to late file these pleadings.

Because of the press of work of other cases, the government is unable to file its response to the defense motions today.

The government, therefore, moves for leave to late file its responses to the defendant's motions and asks that it be permitted to file these pleadings on January 17, 2006.

Counsel for the defendant does not object to this motion.

WHEREFORE, the government respectfully requests that the Court grant this motion. A proposed order is attached.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        D.C. Bar Number 498610
        United States Attorney

        _____
        HOWARD R. SKLAMBERG
        D.C. Bar Number 453852
        Assistant United States Attorney
        Fraud & Public Corruption Section
        555 Fourth Street, N.W.
        Washington, DC 20001
        (202) 514-7296

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion was served by electronic mail upon Mary Manning Petras, Esq., this 11th day of January, 2007.

        _____
        Howard R. Sklamberg