UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Crim. No. 06-186 (GK)
:
STEPHANIE EMERSON OLDS :

ORDER

FILED

JAN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the government's Unopposed Motion for Leave to Late File Oppositions to Defendant's Motions, and for good cause shown, the Motion is hereby granted. It is hereby ordered that the government's responses to the motions that the defendant filed on January 5, 2007 are due on January 17, 2007.

Gladys Kessler
United States District Judge

Date: Jan. 12, 2007