UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 06-186 (GK) |
| STEPHANIE OLDS, | : FILED |
| Defendant. | : FEB 0 7 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the Defendant's pending Motion to Sever Counts and the Government's Motion to Introduce Evidence of the Defendant's Other Crimes and Bad Acts, the supporting memoranda of law, and the applicable case law, the Court concludes that the Motion to Sever should be **denied**, and that the portion of the Government's § 404(b) Motion which is still relevant is **granted**.

February 7, 2007

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**