UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 06-186 (GK) |
| | : | |
| **STEPHANIE EMERSON OLDS** | : | |

### GOVERNMENT'S UNOPPOSED MOTION TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATION

The United States of America, by and through undersigned counsel, respectfully submits this Unopposed Motion to Exclude Time from the Speedy Trial Act Calculation.

On November 13, 2006, the government filed a Motion to Introduce Evidence of the Defendant's Other Crimes and Bad Acts. On January 5, 2007, the defendant filed a Motion to Sever.

By a written order dated February 7, 2007, the Court ruled on these motions. There are no additional motions pending, so the Speedy Trial Act is no longer tolled.

In earlier hearings, the parties and the Court agreed to a trial date of April 23, 2007. An earlier trial date was not possible because counsel for both parties were not available for trial dates prior to April 23. The additional time would also assist both parties in their preparation.

The government respectfully moves that the Court exclude the period of February 8, 2007 to April 23, 2007 from the computation of the time within which the trial must be held, pursuant to the Speedy Trial Act. For the above stated reasons, the ends of justice that would be served in granting this exclusion would outweigh the best interests of the public and the defendant in a speedy trial.

Defense counsel does not oppose this motion. A proposed order is attached.

WHEREFORE, the government respectfully requests that the Court grant this motion. A proposed order is attached.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        D.C. Bar Number 498610
        United States Attorney

        /s/ Howard R. Sklamberg
        HOWARD R. SKLAMBERG
        D.C. Bar Number 453852
        Assistant United States Attorney
        Fraud & Public Corruption Section
        555 Fourth Street, N.W.
        Washington, DC 20001
        (202) 514-7296

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served by electronic mail upon Mary Manning Petras, Esq., this 8th day of February, 2007.

        /s/ Howard R. Sklamberg
        Howard R. Sklamberg