UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 06-186 (GK) |
| STEPHANIE EMERSON OLDS | : | |

FILED

FEB 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the government's Unopposed Motion to Exclude Time from the Speedy Trial Act Calculation, the Court hereby

FINDS that counsel for both parties were not available for trial dates prior to April 23, 2007.

FINDS that setting a trial date of April 23, 2007 would also assist both parties in their preparation for trial.

FINDS that excluding the period of February 8, 2007 to April 23, 2007 from the computation of the time within which the trial must be held, pursuant to the Speedy Trial Act, would serve the ends of justice in a manner that would outweigh the best interests of the public and the defendant in a speedy trial.

ORDERS that the period of February 8, 2007 to April 23, 2007 shall be excluded from the computation of the time within which the trial must be held, pursuant to the Speedy Trial Act.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

Date: Feb. 8, 2007