UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :

      **v.** :    CR 06-186 (GK)

**STEPHANIE OLDS** :

## UNOPPOSED MOTION TO CONTINUE TRIAL

    Ms. Stephanie Olds, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the trial in this matter from April 23, 2007, to another date convenient to the Court.  In support of this motion, counsel states:

    1.  Trial in this matter is scheduled for April 23, 2007.

    2.  In a letter dated March 12, 2007, government counsel provided undersigned counsel with a notice of intent to call at trial an expert in the field of handwriting analysis.  The notice included copies of five questioned documents and a report of the expert's evaluation of three of the five documents.  The notice also indicated that the expert had not yet completed her examination of the remaining two documents.  On April 9, 2007, undersigned counsel received a letter from government counsel, dated April 6th, providing notice of the expert's evaluation of the additional documents.

    3.  After receiving the government's initial notice, undersigned counsel contacted a handwriting expert.  On April 9,

2007, counsel spoke again with this expert, who stated that, because of other trial commitments, he will be unable to complete his analysis in this matter prior to the April 23, 2007, trial date. For this reason, the defense needs additional time to adequately prepare for trial.

    4. On April 9, 2007, counsel spoke with government counsel, who indicated that the government does not oppose Ms. Olds's motion to continue the trial date.

    5. If the Court grants this motion, government counsel and defense counsel respectfully request that the Court convert the trial date to a status date in order to schedule a new trial date.

    Wherefore, for the foregoing reasons, Ms. Olds respectfully moves this Honorable Court to convert the April 23, 2007, trial date to a status hearing for purposes of rescheduling the trial.

Respectfully submitted,

/s/

_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500