UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**  :

    **v.**  :  CR 06-186 (GK)

**STEPHANIE OLDS**  :

## ORDER

Upon consideration of defendant's Unopposed Motion to Continue Trial and finding good cause shown, it is this __ day of _____, 2007, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the April 23, 2007, trial date is converted to a status hearing.

_____
The Honorable Gladys Kessler