UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-186 (GK) |
| | : | |
| STEPHANIE EMERSON OLDS | : | |

**GOVERNMENT'S INFORMATION AS TO ADDITIONAL PENALTIES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that, at the time she committed the offenses with which he is charged in this case, the defendant, Stephanie Emerson Olds, had previously been convicted of the following felony offenses:

| Date of sentence | Conviction | Jurisdiction/Sentence |
|---|---|---|
| 3/5/93 | Attempt to defraud through unauthorized use of access device, 18 U.S.C. §§ 1029(a)(2), (b)(1), and (c)(1) | U.S. (District of Maryland, MJG-92-0420); 6 months incarceration/3 years probation |
| 1/31/90 | Theft by deception (count 1); Receiving stolen property (count 2) | New Jersey Superior Court Atlantic County Count 1: two years of probation, 47 days, credit for time served; Count 2: 100 hours of community service, probation terminated without improvement, concurrent with Count 1 |
| 3/29/90 | 20 counts of felony larceny, 3 counts of misdemeanor larceny, 26 counts of forging & endorsement, 26 counts of uttering a forged instrument, 1 count of burning an uninhabited building | General Court of Justice, Superior Division Orange County, North Carolina, 5 years of incarceration, paroled 12/12/91 |

The indictment in this case charges two counts of felony First Degree Fraud, under the District of Columbia Code. Pursuant to 22 D.C. Code § 1804a(a)(1), because the defendant has "previously been convicted of 2 prior felonies not committed on the same occasion," upon conviction of any felony offense in this case, "the court may, in lieu of any sentence authorized, impose such greater term of imprisonment as it deems necessary, up to, and including, 30 years." This Information applies to the two District of Columbia Code charges in the indictment.

The government files this Information as to Additional Penalties pursuant to 23 D.C. Code § 23-111.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____/s/_____
HOWARD R. SKLAMBERG
ASSISTANT U.S. ATTORNEY
D.C. Bar Number 453852
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7296

Certificate of Service

I hereby certify that on April 9, 2007, a copy of this pleading was served by electronic mail upon Mary Petras, Esq., Federal Public Defender's Office.

_____
Howard R. Sklamberg
Assistant United States Attorney