UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :

v.                          :    CR 06-186 (GK)

STEPHANIE OLDS              :

FILED
APR 0 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of defendant's Unopposed Motion to Continue Trial and finding good cause shown, it is this 9th day of April, 2007, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the April 23, 2007, trial date is converted to a status hearing.

The Honorable Gladys Kessler