UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 06-186 (GK) |
| | : | |
| **STEPHANIE EMERSON OLDS** | : | |

### GOVERNMENT'S UNOPPOSED MOTION TO
### POSTPONE PRODUCTION OF EXHIBITS

The Government, by and through undersigned counsel, hereby files this Unopposed Motion to Postpone Production of Exhibits.

The Court ordered the government to produce its exhibits today (May 15, 2007).

The defendant and the government have reached a plea agreement. This agreement (which will, of course, be filed with the Court as a signed plea agreement) contains a provision in which the government agrees not to oppose a three-point reduction from the defendant's guidelines range based on early acceptance of responsibility. This provision is premised on the government's not having to assemble and produce its exhibits. The Court has scheduled a plea hearing for May 29, 2007.

The government moves that the Court vacate its order that the government produce its exhibits by May 15, 2007. If, for some reason, the plea falls through, then the Court can set a new deadline that would not postpone the trial.

Counsel for the defendant does not oppose this motion.

WHEREFORE, the government respectfully requests that the Court grant the Government's Unopposed Motion to Postpone Production of Exhibits. A proposed order is attached.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney


_____/s/_____
Howard R. Sklamberg
D.C. Bar Number 453852
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Fifth Floor
Washington, DC 20001

Certificate of Service

I hereby certify that on May 15, 2007, a copy of this pleading was served by electronic mail upon Mary Petras, Esq., Federal Public Defender's Office.


_____/s/_____
Howard R. Sklamberg
Assistant United States Attorney