**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Crim. No. 06-186 (GK)** |
| | **:** | |
| **STEPHANIE EMERSON OLDS** | **:** | |

**ORDER**

Upon consideration of the Government's Unopposed Motion to Postpone Production of

Exhibits, and for good cause shown, the Court's order that the government produce exhibits by

May 15, 2007 is hereby vacated.



_____

Gladys Kessler
United States District Judge


Date: