UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Crim. No. 06-186 (GK)
:
STEPHANIE EMERSON OLDS :

FILED
MAY 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Government's Unopposed Motion to Postpone Production of Exhibits, and for good cause shown, the Court's order that the government produce exhibits by May 15, 2007 is hereby vacated.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

Date: May 15, 2007