UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-186 (GK) |
| | : | |
| STEPHANIE EMERSON OLDS, | : | |
| Defendant. | : | |

## GOVERNMENT'S EXHIBIT LIST

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the attached exhibit list.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____
ELLEN CHUBIN EPSTEIN
DC BAR #442861
ASSISTANT U.S. ATTORNEY
Fraud and Public Corruption Section
555 4th Street, N.W., Rm. 5255
Washington, D.C. 20530
(202) 514-9832