**U.S. v. Stephanie Olds**

| Exhibit | Description | Witness | Id. | Objections | Admitted | Counts |
|---|---|---|---|---|---|---|
| CFSA-1a | VCU Check | | | | | 1, 2, 5 |
| CFSA-1b | VCU Revenue Refund Vouchers | | | | | 1, 2, 5 |
| CFSA-2a | Kinko's Check | | | | | 1, 2, 5 |
| CFSA-2b | Kinko's, Letters/correspondence re: | | | | | 1, 2, 5 |
| CFSA-3a | Devereux Check | | | | | 1, 2, 5 |
| CFSA-3b | Devereux Deposit Slip | | | | | 1, 2, 5 |
| CFSA -3c | Devereux, letter to bank | | | | | 1, 2, 5 |
| CFSA-4a | Keystone Check | | | | | 1, 2, 5 |
| CFSA-4b | Keystone Deposit Slip | | | | | 1, 2, 5 |
| CFSA-4c | Keystone, Letter to bank | | | | | 1, 2, 5 |
| CFSA-5a | AT&T Check | | | | | 1, 2, 5 |
| CFSA-5b | AT&T Deposit Slip | | | | | 1 ,2, 5 |
| CFSA-5c | AT&T, Letter to bank | | | | | 1, 2, 5 |
| 1998-US1 | 1998 Federal Tax Return | | | | | 3, 4, 5, 6 |
| 1998-US2 | 1998 W-2 | | | | | 3, 4, 5, 6 |
| 1998 -US3 | IRS Revenue Agent's Report (1998-2003) | | | | | 3, 4, 5, 6 |
| 1998- US4 | Corrected 1998 Federal Tax Return | | | | | 3, 4, 5, 6 |
| 1999-US1 | 1999 Federal Tax Return | | | | | 3, 4, 5, 6 |
| 1999-US2 | 1999 Refund Check | | | | | 3, 4, 5, 6 |
| 1999-US3 | 1999 W-2 | | | | | 3, 4, 5, 6 |
| 1999-US4 | Corrected 1999 Federal Tax Return | | | | | 3, 4, 5, 6 |
| 2000-US1 | 2000 Federal Tax Return | | | | | 3, 4, 5, 6 |
| 2000-US2 | 2000 Refund Check | | | | | 3, 4, 5, 6 |
| 2000-US3 | 2000 W-2 | | | | | 3, 4, 5, 6 |
| 2000-US4 | Corrected 2000 Federal Tax Return | | | | | 3, 4, 5, 6 |
| 2001-US1 | 2001 Federal Tax Return | | | | | 3, 4, 5, 6 |
| 2001-US2 | 2001 Refund Check | | | | | 3, 4, 5, 6 |
| 2001-US3 | 2001 W-2 | | | | | 3, 4, 5, 6 |
| 2001-US4 | Corrected 2001 Federal Tax Return | | | | | 3, 4, 5, 6 |
| 2001-US5 | 2001 DC refund check | | | | | 3, 4, 5, 6 |
| 2002-US1 | 2002 Federal Tax Return | | | | | 3, 4, 5, 6 |
| 2002-US2 | 2002 Refund Check | | | | | 3, 4, 5, 6 |
| 2002-US3 | 2002 W-2 | | | | | 3, 4, 5, 6 |

**U.S. v. Stephanie Olds**

| Exhibit | Description | Witness | Id. | Objections | Admitted | Counts |
|---|---|---|---|---|---|---|
| 2003-US1 | 2003 Federal Tax Return | | | | | 1, 3, 4, 5, 6 |
| 2003-US2 | 2003 W-2 | | | | | 1, 3, 4, 5, 6 |
| 2003-US3 | IRS Revenue Agent's Report for 2003 excluding embezzled funds | | | | | 3, 4, 5, 6 |
| 2003-US4 | Corrected 2003 Federal Tax Return | | | | | 1, 3, 4, 5, 6 |
| 2003-US5 | Corrected 2003 Federal Tax Return excluding embezzled funds | | | | | 3, 4, 5, 6 |
| 1998-DC1 | 1998 DC Tax Return | | | | | 3, 4, 5, 6 |
| 1998-DC2 | DC Tax Auditor's Report (1998-2002) | | | | | 3, 4, 5, 6 |
| 1998-DC3 | Corrected 1998 DC Tax Return | | | | | 3, 4, 5, 6 |
| 1999-DC1 | 1999 DC Tax Return | | | | | 3, 4, 5, 6 |
| 1999-DC2 | Corrected 1999 DC Tax Return | | | | | 3, 4, 5, 6 |
| 2000-DC1 | 2000 DC Tax Return | | | | | 3, 4, 5, 6 |
| 2000-DC2 | 2000 DC Refund Check | | | | | 3, 4, 5, 6 |
| 2000-DC3 | Corrected 2000 DC Tax Return | | | | | 3, 4, 5, 6 |
| 2001-DC1 | 2001 DC Tax Return | | | | | 3, 4, 5, 6 |
| 2001-DC2 | 2001 DC Refund Check | | | | | 3, 4, 5, 6 |
| 2002 DC3 | Corrected 2001 DC Tax Return | | | | | 3, 4, 5, 6 |
| 2002-DC1 | 2002 DC Tax Return | | | | | 3, 4, 5, 6 |
| 2002-DC2 | 2002 Intercepted DC Refund Check | | | | | 3, 4, 5, 6 |
| 2003-DC3 | Corrected 2002 DC Tax Return | | | | | 3, 4, 5, 6 |
| H1 | Handwriting Question Sample State Dept FCU | | | | | 1, 2, 5 |
| H2 | Handwriting Question Sample  State Dept FCU | | | | | 1, 2, 5 |
| H3 | Handwriting Question Sample  Kinko's | | | | | 1, 2, 5 |
| H4 | Handwriting Question Sample Tax Preparer | | | | | 3, 4, 5, 6 |
| H5 | Handwriting Question Sample Tax Preparer | | | | | 3, 4, 5, 6 |
| H6 | Handwriting Exemplars | | | | | 1, 2, 3, 4,5,6 |
| H7 | Handwriting Chart | | | | | 1, 2, 3, 4, 5, 6 |
| H8 | Handwriting Chart | | | | | 1, 2, 3, 4, 5, 6 |
| JWR1 | Tax Preparer File | | | | | 1, 2, 3, 4, 5, 6 |
| Misc.1 | P.O.Box Application | | | | | 1, 2, 3, 4, 5, 6 |
| Misc.2 | Death Certificate for Dr. Saunders | | | | | 3, 4, 5, 6 |
| Misc.3 | Chart from CFSA | | | | | 1, 2, 5 |
| S1 | VCU graphic | | | | | 1, 2, 5 |
| S2 | AT&T graphic | | | | | 1, 2, 5 |

**U.S. v. Stephanie Olds**

| Exhibit | Description | Witness | Id. | Objections | Admitted | Counts |
|---|---|---|---|---|---|---|
| S5 | Kinko's graphic | | | | | 1, 2, 5 |
| S6 | 1998 Federal Tax Return graphic | | | | | 3, 4, 5, 6 |
| S7 | 1999 Federal Tax Return graphic | | | | | 3, 4, 5, 6 |
| S8 | 2000 Federal Tax Return graphic | | | | | 3, 4, 5, 6 |
| S9 | 2001 Federal Tax Return graphic | | | | | 3 ,4 ,5, 6 |
| S10 | 2002 Federal Tax Return graphic | | | | | 3, 4, 5, 6 |
| S11 | 2000 DC Tax Return graphic | | | | | 3, 4, 5, 6 |
| S12 | 2001 DC Tax Return graphic | | | | | 3, 4, 5, 6 |
| S13 | 2002 DC Tax Return graphic | | | | | 3, 4, 5, 6 |
| Pers.1 | CFSA Personnel File | | | | | 3, 4, 5, 6 |
| Pers.2 | Dr.Paul Personnel File | | | | | 3, 4, 5, 6 |
| Pers.3 | Georgetown University Medical Center Personnel File | | | | | 3, 4, 5, 6 |
| FCU1 | Hoya Federal Credit Union Statements | | | | | 3, 4, 5, 6 |
| FCU2 | DC Government Employees FCU Statements | | | | | 3, 4, 5, 6 |
| FCU3 | State Department Federal Credit Union Account | | | | | 1, 2, 5 |
| PR1 | Safeway Payroll Records | | | | | 3, 4, 5, 6 |
| PR2 | Giant Payroll Records | | | | | 3, 4, 5, 6 |
| PR3 | Prolease Payroll Records | | | | | 3, 4, 5 ,6 |