UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-186 (GK) |
| | : | |
| STEPHANIE EMERSON OLDS, | : | |
| Defendant. | : | |

### GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
### SELF-AUTHENTICATING DOCUMENTS PURSUANT
### TO RULE 902(11) AND STIPULATION OF PARTIES

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice of its intent to introduce, pursuant to Federal Rule of Evidence 902(11) and the stipulation of both parties, evidence consisting of business records from the following entities through the declarations referenced in the following chart:

| Name of Entity | Description of Records | Exhibit No(s) | Exhibit No. of Declaration |
|---|---|---|---|
| Safeway | Payroll records for defendant | PR1 | PR1a[1] |
| Giant/Ahold | Payroll records for defendant | PR2 | PR2a |
| Prolease/Paystaff | Payroll records for defendant | PR3 | PR3a |
| Dr. Michael D. Paul | Payroll and personnel records for defendant | Pers.2 | Pers.2a |
| Georgetown University Hospital | Personnel records for defendant | Pers.3 | Pers.3a |
| DC Government Employee Federal Credit Union (FCU) | Bank account records for defendant | FCU2 | FCU2a |
| Hoya (Georgetown) FCU | Bank account records for defendant | FCU1 | FCU1a[2] |

---

[1]  This declaration will be provided in the near future.

[2]  This declaration will be provided in the near future.

| State Department FCU | Bank account records for defendant | FCU3 | FCU3a |
|---|---|---|---|
| U.S. Post Office | Defendant's Post Office Box application | Misc.1 | Misc.1a[3] |

All of the listed business records have been produced to defendant in discovery, and the declarations from custodians of records are attached to this filing, except as noted above. In a telephone conversation with undersigned counsel on October 12, 2007, defense counsel agreed to stipulate to the authenticity and admissibility of these business records,[4] although the parties agree that defendant may still object to such records on the basis of relevancy and any improper prejudice.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____
ELLEN CHUBIN EPSTEIN,
 DC BAR #442861
ASSISTANT U.S. ATTORNEY
Fraud and Public Corruption Section
555 4th Street, N.W., Rm. 5255
Washington, D.C. 20530
(202) 514-9832

---

[3] This declaration will be provided in the near future.

[4] A signed stipulation of the parties will be provided in the near future.