## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _____.
                    (name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Howard R. Sklamberg, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/30/06___.
           (Date)

_Karen Miller_
(Signature of Declarant)

_KAREN MILLER_
(Name of Declarant)

_Giant Food #_
(name of business)

_6300 Sheriff Rd_
(business address)

_Landover, Md_
_20785_

---

As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid. 803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**GOVERNMENT EXHIBIT**
**No. PR2a**
CR#06-186(GK)

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Larry Plassmeyer_.
　　　　　　(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Howard Sklamberg, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _14 June 05_.
　　　　　　　(Date)

_Larry Plassmeyer_
(Signature of Declarant)

_Larry Plassmeyer_
(Name of Declarant)

_State Dept. F.C.U._
(name of business)

_1630 King Street_
(business address)

_Alexandria, VA 22314_

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

GOVERNMENT EXHIBIT
**No. FCU3a**
CR#06-186(GK)

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is __PATRICIA NORDSTROM__.
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Howard Sklamberg, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/7/07__
(Date)

(Signature of Declarant)

(Name of Declarant)

**PAYSTAFF**
**7361 CALHOUN PLACE, STE 510**
**ROCKVILLE, MD 20855-2774**
(name of business)

(business address)

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

GOVERNMENT EXHIBIT
**No. PR3a**
CR#06-186(GK)

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is __WALTER C. WIGGINS__
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Howard Sklamberg, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/23/05__.
(Date)

_(Signature of Declarant)_
__WALTER C. WIGGINS__
(Name of Declarant)

__DIST. GOV'T EMPLOYEES FED CR. UN.__
(name of business)

__2000 14TH ST. NW__
(business address)

__WASH., D.C., 20009__

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**GOVERNMENT EXHIBIT**
**No. FCU2a**
CR#06-186(GK)

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Michael D. Paul_
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Howard R. Sklamberg, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _6/18/06_ .
(Date)

_Michael Paul_
(Signature of Declarant)
_Michael D. Paul_
(Name of Declarant)
_Michael D. Paul, M.D., P.A._
(name of business)
_Business closed_
(business address)
_11/2003_

---

As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

GOVERNMENT EXHIBIT
**No. Pers.2a**
CR#06-186(GK)

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is __Joel Trotter__.
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Howard R. Sklamberg, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 30, 2006__.
(Date)

_____
(Signature of Declarant)

__Joel Trotter__
(Name of Declarant)

__Georgetown University Hosp__
(name of business)

__3800 Reservoir Rd NW__
(business address)

__Washington, DC 20057__

---

As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

GOVERNMENT EXHIBIT
**No. Pers.3a**
CR#06-186(GK)