UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 06-CR-186 (GK) |
| | : | |
| **STEPHANIE EMERSON OLDS,** | : | |
| | : | |
| **Defendant.** | : | |

## ERRATA

The government hereby files this correction to its notice regarding evidence of the Defendant's other crimes and bad acts. In support of this pleading, the government respectfully submits:

In its Motion to Introduce Evidence of the Defendant's Other Crimes and Bad Acts, filed on November 13, 2006 (and granted by this Court in its Memorandum Opinion filed on February 7, 2007), the government stated that for the 1998 tax year ("TY"), the Defendant received a false tax refund from the United States in the amount of $12,718.00.

The government wishes to correct this statement of fact. Specifically, although the defendant claimed a false federal tax refund for TY 1998 in the amount of $12,718.00, she received a false refund totaling $13,839.00, due to a child tax credit to which she was entitled (and which she had not claimed on her tax return).

In addition, in its November 13, 2006 motion, the government stated that for TY 2000, the Defendant claimed and received a false tax refund from the United States in the amount of $16,183.00. This is incorrect. For TY 2000, the Defendant claimed and received a false federal tax refund totaling $15,683.00.

    Respectfully submitted,
    Jeffrey A. Taylor
    United States Attorney

    _____
    Ellen Chubin Epstein, DC Bar #442861
    Assistant United States Attorney
    Fraud & Public Corruption Section
    555 Fourth Street, N.W., Rm. 5255
    Washington, DC 20530
    (202) 514-9832