UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 06-CR-186 (GK)** |
| | : | |
| **STEPHANIE EMERSON OLDS,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

After consideration of the Government's Motion to Permit IRS Special Agent Erica Ford to Remain at Counsel Table and the entire record in this matter, it is hereby ORDERED that, for the reasons set forth in the Government's Motion, the Motion is GRANTED.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

_____
DATE