# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 06-186 (GK)** |
| | : | |
| **STEPHANIE EMERSON OLDS,** | : | |
| **Defendant.** | : | |

## SUPPLEMENT TO GOVERNMENT'S PROPOSED JURY INSTRUCTIONS

The United States, by and through its attorney, the United States Attorney for the District of

Columbia, hereby submits the following additional proposed jury instruction.

INSTRUCTION 23

Embezzled funds are included in the gross income of the embezzler in the year in which the

funds are misappropriated.[1]

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____/s/_____
ELLEN CHUBIN EPSTEIN
DC BAR #442861
ASSISTANT U.S. ATTORNEY
Fraud and Public Corruption Section
555 4th Street, N.W., Rm. 5255
Washington, D.C. 20530
(202) 514-9832

---

[1]    See James v. United States, 366 U.S. 213, 219 (1961) ("When a taxpayer acquires earnings, lawfully or unlawfully, without the consensual recognition, express or implied, of an obligation to repay and without restriction as to their disposition, he has received income . . . . This standard brings wrongful appropriations within the broad sweep of 'gross income'. . . .) (internal citations omitted).