UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 06-CR-186 (GK) |
| STEPHANIE EMERSON OLDS, | : **FILED** |
| Defendant. | : OCT 3 0 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| ORDER | U.S. DISTRICT COURT |

After consideration of the Government's Motion to Permit IRS Special Agent Erica Ford to Remain at Counsel Table and the entire record in this matter, it is hereby ORDERED that, for the reasons set forth in the Government's Motion, the Motion is GRANTED.

*/s/ Gladys Kessler*
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Oct. 30, 2007
DATE