UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-186 (GK) |
| | : | |
| STEPHANIE EMERSON OLDS, | : | |
| Defendant. | : | |

**GOVERNMENT'S CORRECTED EXHIBIT LIST**

| Ex. | Description | Witness Name | Obj | Adm | Count |
|---|---|---|---|---|---|
| 1 | CFSA FY 2003 funding chart (bates 0001) | | | | 1,2,5 |
| 2 | CFSA FY 2004 funding chart (bates 0002) | | | | 1,2,5 |
| 3 | Stephanie Olds' CFSA Personnel File (bates 0003-   ) | | | | 1-6 |
| 3a | PERS. FORM 1, approved 3/18/02 (bates | | | | 1-6 |
| 3b | W-4, 2002 (bates | | | | 1-6 |
| 3c | PERS. FORM 1, approved 12/29/02 (bates | | | | 1-6 |
| 3d | Budget Analyst job description (bates | | | | 1-6 |
| 3e | Resume (bates | | | | 1-6 |
| 4 | W-2, 2002, DC Department of Human Services (DHS) (bates | | | | 1-6 |
| 5 | W-2, 2003, DC DHS (bates | | | | 1-6 |
| 6 | State Department Federal Credit Union (SDFCU) Membership Application (bates | | | | 1,2,5 |
| 7 | SCFCU Checking Account application (bates | | | | 1,2,5 |
| 8 | Kinko's check (bates | | | | 1,2,5 |

| 9 | July 1-31, 2003 SDFCU statement (bates | | | | 1,2,5 |
|---|---|---|---|---|---|
| 10 | Virginia Commonwealth University (VCU) check (bates | | | | 1,2,5 |
| 11 | Aug. 1-31, 2003 SDFCU statement (bates | | | | 1,2,5 |
| 12 | AT&T check (bates | | | | 1,2,5 |
| 13 | Nov. 3, 2003 deposit ticket and Nov. 4, 2003 deposit receipt (bates | | | | 1,2,5 |
| 14 | Nov. 1, 2003 letter from Karen Edwards (bates | | | | 1,2,5 |
| 15 | Nov. 1-30, 2003 SDFCU statement p.1 of 4 (bates | | | | 1,2,5 |
| 16 | Keystone Education check (bates | | | | 1,2,5 |
| 17 | Nov. 28, 2003 deposit ticket (bates | | | | 1,2,5 |
| 18 | Nov. 29, 2003 deposit receipt (bates | | | | 1,2,5 |
| 19 | Nov. 26, 2003 letter from Karen Edwards (bates | | | | 1,2,5 |
| 20 | Nov. 1-30, 2003 SDFCU statement p.3 of 4 (bates | | | | 1,2,5 |
| 21 | Devereux Foundation check (bates | | | | 1,2,5 |
| 22 | Dec. 19, 2003 deposit receipt (bates | | | | 1,2,5 |
| 23 | Dec. 18, 2003 letter from Karen Edwards (bates | | | | 1.2.5 |
| 24 | VCU vouchers (bates | | | | 1,2,5 |
| 25 | Kinko's records (bates | | | | 1,2,5 |
| 25a | CAS-KFSO refund request (bates | | | | 1,2,5 |
| 25b | 7/3/03 McRedmond email (bates | | | | 1,2,5 |
| 25c | Unsigned letter to "Emily Redmond" with enclosure (bates | | | | 1,2,5 |

| | | | | | |
|---|---|---|---|---|---|
| 25d | July 8, 2003 letter from Karen Edwards (bates | | | | 1,2,5 |
| 25e | July 7, 2003 letter from Michelle Edmonds (bates | | | | 1,2,5 |
| 25f | Printout of notes on computer (bates | | | | 1,2,5 |
| 25g | Stop payment form (bates | | | | 1,2,5 |
| 26 | Stephanie L. Olds' Georgetown University Hospital (GUH) Personnel File (bates | | | | 3-6 |
| 26a | GENESYS history (bates | | | | 3-6 |
| 26b | Job reference form, Sandra Gethers (bates | | | | 3-6 |
| 26c | Job reference form, Dr. South (bates | | | | 3-6 |
| 26d | Resume (bates | | | | 3-6 |
| 27 | Stephanie Olds' Dr. Michael Paul personnel file (bates | | | | 3-6 |
| 27a | Hiring letter (bates | | | | 3-6 |
| 27b | Resignation letter (bates | | | | 3-6 |
| 27c | Stephanie L. Olds' resume (bates | | | | 3-6 |
| 27d | Handwritten notes (bates | | | | 3-6 |
| 27e | Stephanie L. Olds' W-4 (bates | | | | 3-6 |
| 27f | Employee Pay Summary (bates | | | | 3-6 |
| 28 | Death Certificate for Dr. Edward Saunders (bates | | | | 3-6 |
| 29a | Payroll records, Prolease 2000/Capitol Sports Medicine (bates | | | | 3-6 |
| 29b | W-2, 2000, Prolease 2000 (bates | | | | 3-6 |
| 30 | Employment and payroll records, Giant Food (bates | | | | 3-6 |
| 31 | Payroll records, Safeway (bates | | | | 3-6 |

| 31a | W-2, 2002, Safeway (bates | | | | 3-6 |
|---|---|---|---|---|---|
| 31b | W-2, 2003, Safeway (bates | | | | 3-6 |
| 32 | Tax preparer file (bates | | | | 1-6 |
| 32a | Typed letter beginning "Julia Williams 202-722-4553" (bates | | | | 3-6 |
| 32b | Faxed W-2, 1999, Metropolitan Urology Group (bates | | | | 3-6 |
| 32c | 1999 Form 1040 (bates | | | | 3-6 |
| 32d | Jan. 19, 2001 handwritten letter (bates | | | | 3-6 |
| 32e | W-2, 2000, Metropolitan Urology Group (bates | | | | 3-6 |
| 32f | 2000 Form 1040 (bates | | | | 3-6 |
| 32g | Jan. 23, 2002 faxed letter (bates | | | | 3-6 |
| 32h | 2001 Form 1040 (bates | | | | 3-6 |
| 32i | Jan. 24, 2003 faxed letters (bates | | | | 3-6 |
| 32j | W-2, 2002, Metropolitan Urology Group (bates | | | | 3-6 |
| 32k | 2002 Form 1040 (bates | | | | 3-6 |
| 32l | February 17, 2004 faxed letter (bates | | | | 1-6 |
| 32m | 2003 Form 1040 (bates | | | | 1-6 |
| 33 | Tax preparer form letter (bates | | | | 1-6 |
| 34 | Handwriting exemplars (bates | | | | 1-6 |
| 35 | Handwriting chart (bates | | | | 1-6 |
| 36 | 1998 Form 1040 and attachments (bates | | | | 3-6 |
| 36a | W-2, 1998 (bates | | | | 3-6 |
| 37 | IRS Transcript for 1998 (bates | | | | 3-6 |
| 38 | 1998 U.S. refund check (bates | | | | 3-6 |
| 39 | IRS Information Returns Processing Transcript for 1998 | | | | 3-6 |

| 40 | 1999 Form 1040 and attachments (bates | | | | 3-6 |
|---|---|---|---|---|---|
| 40a | W-2, 1999 (bates | | | | 3-6 |
| 41 | IRS Transcript for 1999 (bates | | | | 3-6 |
| 42 | 1999 U.S. refund check (bates | | | | 3-6 |
| 43 | IRS Information Returns Processing Transcript for 1999 | | | | 3-6 |
| 44 | 2000 Form 1040 and attachments (bates | | | | 3-6 |
| 44a | W-2, 2000 (bates | | | | 3-6 |
| 45 | IRS Transcript for 2000 (bates | | | | 3-6 |
| 46 | 2000 U.S. refund check (bates | | | | 3-6 |
| 47 | IRS Information Returns Processing Transcript for 2000 | | | | 3-6 |
| 48 | 2001 Form 1040 and attachments (bates | | | | 3-6 |
| 48a | W-2, 2001 (bates | | | | 3-6 |
| 49 | IRS Transcript for 2001 (bates | | | | 3-6 |
| 50 | 2001 U.S. refund check (bates | | | | 3-6 |
| 51 | IRS Information Returns Processing Transcript for 2001 (bates | | | | 3-6 |
| 52 | 2002 Form 1040 and attachments (bates | | | | 3-6 |
| 52a | W-2, 2002 (bates | | | | 3-6 |
| 53 | IRS Transcript for 2002 (bates | | | | 3-6 |
| 54 | 2002 U.S. refund check (bates | | | | 3-6 |
| 55 | IRS Information Returns Processing Transcript for 2002 (bates | | | | 3-6 |
| 56 | 2003 Form 1040 and attachments (bates | | | | 1, 3-6 |
| 56a | W-2, 2003 (bates | | | | 1,3-6 |
| 57 | IRS Transcript for 2003 (bates | | | | 3-6 |
| 58 | IRS Information Returns Processing Transcript for 2003 (bates | | | | 3-6 |

| 59 | Payment Master File Online, Dr. E. Saunders (bates | | | | 1-6 |
|---|---|---|---|---|---|
| 60 | Summary Charts, Federal Taxes (bates | | | | 3-6 |
| 60a | Summary Chart, 1998 Federal Taxes (bates | | | | 3-6 |
| 60b | Summary Chart, 1999 Federal Taxes (bates | | | | 3-6 |
| 60c | Summary Chart, 2000 Federal Taxes (bates | | | | 3-6 |
| 60d | Summary Chart, 2001 Federal Taxes (bates | | | | 3-6 |
| 60e | Summary Chart, 2002 Federal Taxes (bates | | | | 3-6 |
| 60f | Summary Chart, 2003 Federal Taxes (bates | | | | 3-6 |
| 60g | Summary Chart, Income (bates | | | | 3-6 |
| 60h | Summary Chart, Federal Income Tax Withholdings (bates | | | | 3-6 |
| 60i | Summary Chart, Refund or Payment Due (bates | | | | 3-6 |
| 61 | Summary Chart, Checks Belonging to CFSA (bates | | | | 1,2,5 |
| 62 | 1998 Form D-40 and attachments (bates | | | | 3-6 |
| 63 | 1999 Form D-40 and attachments (bates | | | | 3-6 |
| 64 | 1999 D.C. refund check (bates | | | | 3-6 |
| 65 | 2000 Form D-40 and attachments (bates | | | | 3-6 |
| 66 | 2000 D.C. refund check (bates | | | | 3-6 |
| 67 | 2001 Form D-40 and attachments (bates | | | | 3-6 |
| 68 | 2001 D.C. refund check (bates | | | | 3-6 |
| 69 | 2002 Form D-40 and attachments (bates | | | | 3-6 |
| 70 | 2002 D.C. refund check (bates | | | | 3-6 |

| 71 | Summary Chart, D.C. Taxes Owed (bates | | | | 3-6 |
|---|---|---|---|---|---|
| 72 | Post Office Box application (bates | | | | 1-6 |
| 73 | District of Columbia Employees Federal Credit Union account statement (bates | | | | 3-6 |
| 74 | Hoya Federal Credit Union account statements (bates | | | | 3-6 |
| C-1 | Elements of US False Claims (bates | | | | 3-5 |
| C-2 | Elements of Theft from Program Receiving Federal Funds (bates | | | | 2 |
| C-3 | Elements of DC Fraud (Count 1) (bates | | | | 1 |
| C-4 | Elements of DC Fraud (Count 6) (bates | | | | 6 |
| C-5 | Timeline of Real Employers (bates | | | | 1,3-6 |
| C-6 | Kinko's graphic (bates | | | | 1,2,5 |
| C-7 | VCU graphic (bates | | | | 1,2,5 |
| C-8 | AT&T graphic (bates | | | | 1,2,5 |
| C-9 | Keystone graphic (bates | | | | 1,2,5 |
| C-10 | Devereux graphic (bates | | | | 1,2,5 |
| C-11 | 2001 Federal Tax Return graphic (bates | | | | 3-6 |
| C-12 | 2002 Federal Tax Return graphic (bates | | | | 3-6 |
| C-13 | 2003 Federal Tax Return graphic (bates | | | | 3-6 |
| C-14 | 2001 DC Tax Return graphic (bates | | | | 3-6 |
| C-15 | 2002 DC Tax Return graphic (bates | | | | 3-6 |
| D-1 | Dr. Michael D. Paul Declaration of Custodian of Records | | | | 3-6 |
| D-2 | Paystaff (Prolease) Declaration of Custodian of Records | | | | 3-6 |
| D-3 | Georgetown University Hospital Declaration of Custodian of Records | | | | 3-6 |

| D-4 | Giant Food Declaration of Custodian of Records | | | | 3-6 |
|---|---|---|---|---|---|
| D-5 | Safeway Declaration of Custodian of Records | | | | 3-6 |
| D-6 | DC Government Employees Federal Credit Union Declaration of Custodian of Records | | | | 3-6 |
| D-7 | Hoya Federal Credit Union Declaration of Custodian of Records | | | | 3-6 |
| D-8 | State Department Federal Credit Union Declaration of Custodian of Records | | | | 1,2,5 |
| D-9 | U.S. Post Office Declaration of Custodian of Records | | | | 1-6 |
| D-10 | Declaration of Custodian of Records for DC Office of Pay & Retirement Services | | | | 1,2,4,5 |

Respectfully submitted

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By:          /s/
Ellen Chubin Epstein, DC Bar 442861
Assistant United States Attorney
555 4th Street, N.W., 5th Floor
Washington, DC  20530
202-514-9832
Ellen.Chubin@usdoj.gov