UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-186 (GK) |
| | : | |
| STEPHANIE EMERSON OLDS, | : | |
| Defendant. | : | |

**SUPPLEMENT TO GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
SELF-AUTHENTICATING DOCUMENTS PURSUANT
TO RULE 902(11) AND STIPULATION OF PARTIES**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby supplements its previously filed notice of its intent to introduce, pursuant to Federal Rule of Evidence 902(11) and the stipulation of both parties, evidence consisting of business records from certain entities. Attached to this pleading are recently received declarations from custodians of records for the following entities:

| Name of Entity | Description of Records | Exhibit No(s) | Exhibit No. of Declaration |
|---|---|---|---|
| Safeway | Payroll records for defendant | 31 | D-5 |
| Hoya (Georgetown) FCU | Bank account records for defendant | 74 | D-7 |
| U.S. Post Office | Defendant's Post Office Box application | 72 | D-9 |
| DC Office of Pay & Retirement Services[1] | W-2s for 2002 and 2003, DC Department of Human Services | 4 and 5 | D-10 |

---

[1] This entity was not listed in the previously submitted notice to the Court.

All of the listed business records have been produced to defendant in discovery. Although defense counsel previously agreed to stipulate to the authenticity and admissibility of such business records, to date the government has not received a signed stipulation from the defense.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By:        /s/
ELLEN CHUBIN EPSTEIN
DC BAR #442861
ASSISTANT U.S. ATTORNEY
Fraud and Public Corruption Section
555 4th Street, N.W., Rm. 5255
Washington, D.C. 20530
(202) 514-9832
ellen.chubin@usdoj.gov