UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-186 (GK) |
| | : | |
| STEPHANIE EMERSON OLDS, | : | |
| Defendant. | : | |

### SECOND SUPPLEMENT TO GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULE 902(11) AND STIPULATION OF PARTIES

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this second supplement to its previously filed notice of its intent to introduce, pursuant to Federal Rule of Evidence 902(11) and the stipulation of both parties, evidence consisting of business records from certain entities. Attached to this pleading is a recently received declaration from a custodian of records for the following entity:

| Name of Entity | Description of Records | Exhibit No(s) | Exhibit No. of Declaration |
|---|---|---|---|
| DC Office of Finance & Treasury[1] | D.C. refund checks for tax years 1999-2002 | 64, 66, 68, and 70 | D-11 |

---

[1]  This entity was not listed in the previously submitted notices to the Court.

The listed business records have been produced to defendant in discovery. Although defense counsel previously agreed to stipulate to the authenticity and admissibility of such business records, to date the government has not received a signed stipulation from the defense.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By:     /s/
ELLEN CHUBIN EPSTEIN
DC BAR #442861
ASSISTANT U.S. ATTORNEY
Fraud and Public Corruption Section
555 4th Street, N.W., Rm. 5255
Washington, D.C. 20530
(202) 514-9832
ellen.chubin@usdoj.gov