## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is __Joseph R. Cobb Jr.__.
(name of declarant)

  I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

  I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Howard R. Sklamberg, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

  I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/9/07__.
(Date)

__(Signature of Declarant)__

__Joseph R. Cobb Jr__
(Name of Declarant)

__DC Govt., Office of Finance & Treasury__
(name of business)

__441 4th Street NW__
(business address)

__Room IC020__
__Washington, DC 20001__

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.