UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
:
:
v.  :   Criminal No. 06-186 (GK)
:
:   **FILED**
STEPHANIE OLDS,  :
:   NOV 1 3 2007
Defendant.  :
:   NANCY MAYER WHITTINGTON, CLERK
    U.S. DISTRICT COURT

**ORDER**

It is hereby this 13th day of Nov., 2007,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than Feb. 1, 2008, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than Feb. 8, 2008 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on Feb. 13, 2008 at 4:15 pm,

**IT IS SO ORDERED.**

                                Gladys Kessler
                                U.S. District Judge