## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**         :

      **v.**         :         CR 06-186 (GK)

**STEPHANIE OLDS**         :

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Ms. Stephanie Olds, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing in this matter from February 13, 2008, to February 20th, 21st, or 22nd. In support of this motion, counsel states:

1. Sentencing in this matter is scheduled for February 13, 2008.

2. Due to undersigned counsel's trial schedule and a physical injury that Ms. Olds suffered, counsel has not yet been able to review the Presentence Investigation Report with Ms. Olds and needs additional time to do so and to file a sentencing memorandum.

3. Counsel spoke with Assistant United States Attorney Ell Chubin Epstein, who represented that the government does not oppose this motion. Both parties are available for a sentencing hearing on February 20th, 21st, or 22nd.

WHEREFORE, for the foregoing reasons, Ms. Olds respectfully moves this Honorable Court to continue the February 13th sentencing hearing and issue the attached proposed order,

revising the sentencing schedule for filing objections and sentencing memorandums.

                                      Respectfully submitted,

                                            /s/

                                _____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500