```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**         :

     **v.**                                 :     CR 06-186 (GK)

**STEPHANIE OLDS**                   :

<u>**ORDER**</u>

Upon consideration of defendant's Unopposed Motion to Continue Sentencing Hearing and finding good cause shown, it is this __ day of February, 2008, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the February 13, 2008, sentencing hearing is vacated; and it is further

ORDERED that objections to the Presentence Investigation Report shall be file with the Probation Office no later than February 8, 2008; and it is further

ORDERED that sentencing memorandums are due no later than February 15, 2008; and it is further

ORDERED that the sentencing hearing is scheduled for _____.

 

                                                      _____
                                                      The Honorable Gladys Kessler