UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR 06-186 (GK) |
| STEPHANIE OLDS | : | |

**FILED**
FEB 0 4 2008
Clerk, U.S. District and
Bankruptcy Courts

### ORDER

Upon consideration of defendant's Unopposed Motion to Continue Sentencing Hearing and finding good cause shown, it is this 4th day of February, 2008, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the February 13, 2008, sentencing hearing is vacated; and it is further

ORDERED that objections to the Presentence Investigation Report shall be file with the Probation Office no later than February 8, 2008; and it is further

ORDERED that sentencing memorandums are due no later than February 15, 2008; and it is further

ORDERED that the sentencing hearing is scheduled for Feb. 21, 2008 at 3:15 p.m.

_____
The Honorable Gladys Kessler