UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**        :

      **v.**                :     CR 06-186 (GK)

**STEPHANIE OLDS**                  :

`

**UNOPPOSED**
**MOTION TO EXTEND TIME AND TO CONTINUE SENTENCING HEARING**

    Ms. Stephanie Olds, the defendant, through undersigned counsel, respectfully moves this Honorable Court to extend the time for filing a sentencing memorandum and to continue the sentencing in this matter.  In support of this motion, counsel states:

    1.  Ms. Olds's sentencing memorandum is due on February 15, 2008, and the sentencing hearing in this matter is scheduled for February 21, 2008.

    2.  On February 14, 2008, undersigned counsel received the finally Presentence Investigation Report.  Although in the initial disclosure report the Probation Office had determined that Ms. Olds was eligible for a 2-level reduction in her offense level for acceptance of responsibility, the Probation Office has now recommended that she not receive such a reduction.  Due to undersigned counsel's commitments in other matters, particularly with regard to the review of numerous cases regarding potential sentence reductions as a result of the new retroactive crack cocaine guidelines, counsel does not have sufficient time to

address the acceptance of responsibility issue in her sentence memorandum, and needs additional time to do so. Due to her other commitments, Counsel asks that the Court extend the time for filing a memorandum to a date after March 3, 2008.

    3. Counsel spoke with Assistant United States Attorney Ellen Chubin Epstein, who represented that the government does not oppose this motion.

    WHEREFORE, for the foregoing reasons, Ms. Olds respectfully moves this Honorable Court to extend the time for filing a sentencing memorandum to a date after March 3, 2008, and to continue the February 21, 2008, sentencing hearing.

                       Respectfully submitted,

                       A. J. KRAMER
                       FEDERAL PUBLIC DEFENDER

                             /s/

_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500