UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**      :

    **v.**                          :     CR 06-186 (GK)

**STEPHANIE OLDS**                :

## ORDER

Upon consideration of defendant's Unopposed Motion to Continue Sentencing Hearing and finding good cause shown, it is this \_\_ day of February, 2008, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that sentencing memorandums are due no later than _____; and it is further

ORDERED that the sentencing hearing is scheduled for _____.

_____
The Honorable Gladys Kessler