UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

v.                             :    CR 06-186 (GK)

STEPHANIE OLDS                 :

**FILED**
FEB 15 2008
Clerk, U.S. District and
Bankruptcy Courts

### ORDER

Upon consideration of defendant's Unopposed Motion to Continue Sentencing Hearing and finding good cause shown, it is this _____ day of February, 2008, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that sentencing memorandums are due no later than March 5, 2008; and it is further

ORDERED that the sentencing hearing is scheduled for March 12, 2008 at 4:15pm.

_____
The Honorable Gladys Kessler