# Exhibit 1: Affidavit of Jennifer Abbott

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO. 06-186 (GK) |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| STEPHANIE EMERSON OLDS | ) | |
| Defendant | ) | |

## AFFIDAVIT OF JENNIFER L. ABBOTT

I, JENNIFER L. ABBOTT, Internal Revenue Agent, United States Internal Revenue Service ("IRS"), having been duly sworn, hereby depose and state as follows:

### A.    OBJECTIVE

1.    This affidavit is presented in support of the government's memorandum in aid of sentencing of defendant STEPHANIE EMERSON OLDS ("OLDS") for her convictions for theft from a program receiving federal funds, making false claims, and first-degree fraud.

### B.    CREDENTIALS

2.    I am an Internal Revenue Agent at the IRS.  I have been employed with the IRS for approximately six and a half years.  My duties include, but are not limited to, examining tax returns, reviewing underlying records, making adjustments to the information reported on returns, and calculating taxes due and owing.

### C.    SOURCE OF EVIDENCE

3.    I am familiar with the facts and circumstances of this investigation.  The information contained in this affidavit is based upon my personal investigative activities, including my review of IRS documents, employer payroll and personnel records, bank records, and the file of OLDS's

Tax Preparer.

       D.     FILING FALSE CLAIMS AND FIRST DEGREE FRAUD

4.      In 1998 through 2003, defendant OLDS was a resident of the District of Columbia. As reflected in the payroll, personnel, and IRS withholding records I reviewed, OLDS was employed in and earned income through a number of jobs, including working for the District of Columbia, Georgetown University Hospital, and area supermarkets. Appendix A to this affidavit is an approximate time line of OLDS's employers from January 1998 to December 2003. Appendix A-1 consists of three pages from OLDS's personnel file reflecting her full-time employment as Collections Manager for the medical office of Dr. Michael D. Paul from June 1, 1999, to May 31, 2000. Appendix A-2 consists of a Georgetown University Hospital personnel record reflecting OLDS's full-time employment as Accounts Analyst in the Anesthesia Department from January 24, 2001, to March 12, 2002. Appendix A-3 consists of two pages of documents from OLDS's personnel records reflecting her full-time employment as Budget Analyst for the District of Columbia government from March 18, 2002, to December 23, 2003.

5.      As a resident of the District of Columbia, OLDS was required to file both federal and District of Columbia individual income tax returns. For the tax years of 1998, 1999, 2000, 2001, 2002, and 2003, OLDS filed federal individual income tax returns ("Form 1040"). For the tax years of 1998, 1999, 2000, 2001, and 2002, OLDS filed District of Columbia individual income tax returns ("Form D-40"). In 1998, it appears that OLDS prepared her own Form 1040 and Form D-40 returns. For the other tax years, OLDS employed a tax preparer ("Tax Preparer"), who was located in the District of Columbia, to prepare each of these Form 1040 and Form D-40 tax returns. Each year, OLDS provided the Tax Preparer with a Form W-2 and otherwise

informed the Tax Preparer (e.g., by faxed letter) of the amount of money that OLDS's employer had withheld from OLDS's salary for the payment of federal and District of Columbia individual income taxes.

6.    For the tax years of 1999, 2000, 2001, 2002, and 2003, based on the W-2 and other data that OLDS provided, the Tax Preparer completed and transmitted Form 1040 to the IRS.  Also, for the tax years of 1999, 2000, 2001 and 2002, based on the W-2 and other data that OLDS provided, the Tax Preparer completed and transmitted Form D-40 to the District of Columbia Office of Tax and Revenue ("OTR").  OLDS directed the Tax Preparer to use a Washington, D.C. post office box, number 92791, on each Form 1040 and Form D-40 as OLDS's address. For the tax year of 1998, using the same Washington, D.C. post office box as her address, OLDS filed her Form 1040 with the IRS and her Form D-40 with OTR.

7.    OLDS filed false Form 1040 and Form D-40 returns for the tax year of 1998.  On the returns, OLDS claimed that an employer, for whom she did not work in 1998, had withheld from her salary large amounts of money for federal and District of Columbia income tax payments.[1] OLDS claimed large tax refunds to which she was not entitled.  OLDS well knew that the inclusion on her Form 1040 and Form D-40 of the false tax withholding information would cause the United States and the District of Columbia, respectively, to mail to OLDS large tax refunds to which OLDS was not entitled.

8.    For the remaining tax years, OLDS provided the Tax Preparer with false information that OLDS knew would cause the Tax Preparer to file false federal and District of Columbia

---

[1]OLDS listed Dr. Edward H. Saunders, located at 715 Florida Ave., N.W., Washington, D.C. 20001, as her employer on her 1998 W-2 form.

individual income tax returns on OLDS's behalf.

9.      Specifically, for each tax year in which the Tax Preparer prepared OLDS's returns,

OLDS provided the Tax Preparer with a Form W-2 and otherwise informed the Tax Preparer that

an employer, for whom OLDS did not work in the relevant tax year, had withheld from her salary

large amounts of money for federal and District of Columbia income tax payments.[2]  OLDS

claimed large tax refunds to which she was not entitled.  OLDS well knew that the inclusion on

each Form 1040 and Form D-40 of the false tax withholding information would cause the United

States and the District of Columbia, respectively, to mail to OLDS large tax refunds to which

OLDS was not entitled.  Appendix B to this affidavit is a bar graph which compares the false

federal income tax withholdings reported by OLDS with the actual federal income tax withheld

by OLDS's employers in tax years 1998-2003.  Appendix C to this affidavit is a bar graph which

compares the federal income tax refunds falsely claimed by OLDS with the correct federal

income tax refunds or payments due in tax years 1998-2003.

10.      OLDS did not inform her Tax Preparer that, in 2003, OLDS had received $24,749.33

from the embezzlement scheme described in the government's oral factual proffer at the plea

---

[2]For tax years 1999-2002, OLDS indicated on her W-2 forms and in her correspondence
with her Tax Preparer that her employer was Dr. Saunders' practice, Metropolitan Urology
Group, located at the same address as is listed on her 1998 W-2 form.  For tax year 2003, OLDS
listed MGMC, LLC (MedStar Georgetown Medical Center) as her employer in her fax to her Tax
Preparer.  Her Tax Preparer failed to notice that her listed employer had changed and continued
to use Metropolitan Urology Group as OLDS's employer when preparing her 2003 tax returns.
The Tax Preparer's mistake, however, is of no consequence, because in 2003, OLDS worked for
neither Metropolitan Urology Group nor MGMC, LLC; OLDS worked full-time at the District of
Columbia Child and Family Services Agency and part-time at Safeway.  Moreover, as in the
previous years, the Tax Preparer included on the 2003 Form 1040 the false tax withholding
figures which the Tax Preparer received from OLDS and which OLDS knew would cause the
United States to issue to OLDS a large tax refund to which OLDS was not entitled.

4

hearing on November 13, 2007, and adopted orally by OLDS at that hearing.  Appendix D to this affidavit is a table showing the five checks belonging to the District of Columbia Child and Family Services Agency (CFSA) which OLDS admitted at the plea hearing that she deposited (or, in the case of the fifth check, attempted to deposit) into her personal bank account.  The five checks totaled $29,999.33.

11.     As a result of her actions, OLDS claimed and received the following false tax refunds from the United States:

| Tax Year | Date that OLDS filed her tax return | Amount of refund claimed by OLDS | Date that the refund check was mailed to OLDS | Amount of refund received by OLDS |
|---|---|---|---|---|
| 1998 | 3/29/99 | $12,718.00 | 5/28/99 | $13,839.00 |
| 1999 | 4/12/00 | $10,924.00 | 4/28/00 | $10,924.00 |
| 2000 | 1/23/01 | $15,683.00 | 2/23/01 | $15,683.00 |
| 2001 | 1/30/02 | $21,260.00 | 3/1/02 | $21,260.00 |
| 2002 | 1/28/03 | $28,139.00 | 2/28/03 | $28,139.00 |
| 2003 | 3/3/04 | $26,468.00 | No check mailed[3] | $0 |

The false federal tax refunds that OLDS claimed for tax years 1998-2003 totaled $115,192.00.

The false federal tax refunds that OLDS received for tax years 1998-2003 totaled $89,845.00.

12.     As a result of her actions, OLDS claimed and received the following false tax refunds from the District of Columbia:

---

[3]The United States did not mail a refund check to OLDS for her 2003 tax return because the IRS had frozen OLDS's account.

| Tax Year | Date that OLDS filed her tax return | Amount of refund claimed by OLDS | Date that the refund check was mailed to OLDS | Amount of refund received by OLDS (including refund money used to pay outstanding tax liability) |
|---|---|---|---|---|
| 1998 | 4/15/99 | $ 5,431.20 | No check mailed. Used to pay outstanding tax liability. | $3,532 .00[4] |
| 1999 | 4/15/00 | $ 7,061.00 | 4/18/00 | $ 7,061.00 |
| 2000 | 2/05/01 | $10,189.00 | 2/9/01 | $10,189.00[5] |
| 2001 | 2/06/02 | $13,902.00 | 2/7/02 | $13,902.00 |
| 2002 | 1/31/03 | $23,036.00 | 2/11/03 | Check intercepted in the mail |

The false DC tax refunds that OLDS claimed for tax years 1998-2002 totaled $59,619.20. The

false DC tax refunds and credits that OLDS received for tax years 1998-2002 totaled $34,684.00.

13.     One of the jobs referenced in ¶ 4 supra in which OLDS was employed and through which

OLDS earned income was as Medical Office Collections Manager for Dr. Michael D. Paul.

Based on my review of Dr. Paul's records concerning OLDS's employment, OLDS worked for

Dr. Paul from June 1, 1999, until May 31, 2000. OLDS resigned when Dr. Paul discovered that

---

[4]The District of Columbia audited OLDS's returns for the tax years 1996-1998. The 1998 return was adjusted, after audit, from a refund of $5,431.00 to a refund of $3,532.00. The adjusted refund was used to offset audit liability of $3,104.60 for 1996 and to offset audit liability for 1997. OLDS, therefore, did not receive a check for this $3,532.00.

[5]For the 2000 tax year, part of OLDS's requested refund of $10,189.00 was used to pay the outstanding balance due from the audit of the 1997 return. OLDS, therefore, received a check for the reduced amount of $6,091.92

OLDS was stealing money from his practice. She admitted in her resignation letter that she stole the money by cashing numerous office checks, making numerous long-distance calls from the office telephone lines, and using the punch-in clock to inflate the office hours she worked. On June 2, 2000, OLDS paid Dr. Paul $12,000 in cash, as restitution for the money she had embezzled from his practice, with the understanding that Dr. Paul would not press criminal charges against her. Appendix E to this affidavit is the May 31, 2000 resignation letter from Stephanie Olds to Dr. Michael D. Paul, signed and dated on June 2, 2000, with a handwritten notation concerning the $12,000 restitution payment.

I swear to the truth of the foregoing under pain and penalty of perjury, this 14th day of February, 2008.

Jennifer L. Abbott

# Appendix A



Timeline of Real Employers

# Appendix A-1

**MICHAEL D. PAUL, M.D., P.A.**
831 University Boulevard East # 26
Silver Spring, MD 20903

POSITION: MEDICAL OFFICE COLLECTIONS MANAGER

NAME: STEPHANIE L. OLDS      STARTING DATE:    June 1, 1999

JOB DESCRIPTION:

Welcome to our office. We are excited about your arrival and see this as an opportunity to improve not only our collections but our office efficiency. Your responsibilities will include the following:

1. To study the problems associated with the current office collection system and summarise same in writing. This will include reviewing lists of accounts receivables and interviewing office personnel.

2. After studying the nature of accounts outstanding, to provide a practical approach to a systematic followup of those accounts.

3. To oversee the work of Paul South who is responsible for billing. He is also responsible for contacting responsible parties for co-payments and other outstanding monies noted on the EOB's. Where necessary, to alert the front desk personnel to any adjustments needed to improve collections.

4. When necessary, to assist with recruitment of extra staff.

5. To suggest any changes needed in the manner in which business is being conducted.

6. To assist Dr. M.D. Paul with secretarial assistance when needed.

7. If a member of the staff refuses to co-operate in the drive to improve collections, to report incident to Dr. M.D. Paul orally and in writing.

8. To understand the requirements of insurance companies that provide medical coverage for individual patients.

9. To understand the role of each staff person as a member of the office team. Because the process of "collections" starts at the front desk, to be able to coordinate the reception desk management and the evaluation of patients for billing purposes.

COMPUTER USAGE
The computers are to be used for the purposes of office collections and related efforts only. Do not allow anyone to get onto the internet or to play computer games because there is a danger of viruses being downloaded onto our hard drives and destroying stored data.

DRESS CODE: Proper dress code is required at all times. It is advised that you wear a white lab coat or medical fashion dress to look professional.

HOURS: An eight hour/day work shift MON - FRI. The lunch break of 60 min is unpaid. Presently: 9AM-12 noon and 1PM-6PM (except Tuesday and Thursday, when the time may be rearranged). You must be punctual at all times.

SALARY: $30 000 per annum rate in the first 3 months. As of September 1, 1999, the salary will be adjusted as follows:-

| *Column | A | B |
|---|---|---|
| | ($) | (Pay Level $) |
| Up to 60 000 | | 2 500 |
| 60 000- 110 000 | | 3 333 |
| 110 000.- 125 000 | | 4 000 |
| 125 000 -150 000 | | 5 000 |
| 150 000.- 175 000 | | 6 000 |
| 175 000 -200 000 | | 7 000 |

*Column A represents money collected in the month prior to the pay period.

BENEFITS:
Sick leave and vacation policies as per office manual. No vacation can be taken in the first six months of employment.

PROBATION PERIOD: First three months of employment.
The above terms are acceptable to me.

_Stephanie L. Olds_    June 18 99
Stephanie L. Olds    Date

| 100 11777 | MICHAEL D PAUL, MD | 6/22/06 PAGE 1 |
|---|---|---|

14 STEPHANIE L OLDS ████████ 9279   EARNINGS 1/01/1999-12/31/2000

PAY DATE-PER. END                                                          CHECK #

-----HOURS-----                                                    ---OTHER--- ---------

| REGULAR | OT | TAXABLE PAY | SOC SEC | MEDICARE | FED W/H | STATE W/H | ST DI/UI | LOCAL TAX | DED/ALLOW | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/23/1999 | 6/20/1999 | | | | | | | | | 20446 |
| | | 1,730.76 | 107.31 | 25.10 | 117.40 | 0.00 | 0.00 | 0.00 | 0.00 | 1,480.95 |
| 7/07/1999 | 7/02/1999 | | | | | | | | | 20456 |
| | | 1,038.46 | 64.38 | 15.06 | 13.56 | 0.00 | 0.00 | 0.00 | 0.00 | 945.46 |
| 7/21/1999 | 7/18/1999 | | | | | | | | | 20463 |
| | | 1,038.45 | 64.38 | 15.06 | 13.56 | 0.00 | 0.00 | 0.00 | 0.00 | 945.45 |
| 8/04/1999 | 8/01/1999 | | | | | | | | | 20472 |
| | | 1,038.45 | 64.38 | 15.06 | 13.56 | 0.00 | 0.00 | 0.00 | 0.00 | 945.45 |
| 8/18/1999 | 8/15/1999 | | | | | | | | | 20479 |
| | | 923.07 | 57.23 | 13.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 852.46 |
| 9/01/1999 | 8/29/1999 | | | | | | | | | 20487 |
| | | 1,038.45 | 64.38 | 15.06 | 13.56 | 0.00 | 0.00 | 0.00 | 0.00 | 945.45 |
| 9/15/1999 | 9/12/1999 | | | | | | | | | 20496 |
| | | 1,153.84 | 71.54 | 16.73 | 30.86 | 0.00 | 0.00 | 0.00 | 0.00 | 1,034.71 |
| 9/29/1999 | 9/26/1999 | | | | | | | | | 20502 |
| | | 923.07 | 57.23 | 13.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 852.46 |
| 10/13/1999 | 10/10/1999 | | | | | | | | | 20511 |
| | | 1,096.15 | 67.96 | 15.89 | 22.21 | 0.00 | 0.00 | 0.00 | 0.00 | 990.09 |
| 10/27/1999 | 10/24/1999 | | | | | | | | | 20517 |
| | | 1,096.15 | 67.96 | 15.89 | 22.21 | 0.00 | 0.00 | 0.00 | 0.00 | 990.09 |
| 11/10/1999 | 11/07/1999 | | | | | | | | | 20525 |
| | | 1,153.84 | 71.54 | 16.73 | 30.86 | 0.00 | 0.00 | 0.00 | 0.00 | 1,034.71 |
| 11/24/1999 | 11/21/1999 | | | | | | | | | 20530 |
| | | 1,096.14 | 67.96 | 15.89 | 22.21 | 0.00 | 0.00 | 0.00 | 0.00 | 990.08 |
| 12/08/1999 | 12/05/1999 | | | | | | | | | 20541 |
| | | 1,038.45 | 64.38 | 15.06 | 13.56 | 0.00 | 0.00 | 0.00 | 0.00 | 945.45 |
| 12/20/1999 | 12/19/1999 | | | | | | | | | 20548 |
| | | 1,153.84 | 71.54 | 16.73 | 30.86 | 0.00 | 0.00 | 0.00 | 0.00 | 1,034.71 |
| 1/05/2000 | 1/02/2000 | | | | | | | | | 20559 |
| | | 1,153.84 | 71.54 | 16.73 | 30.86 | 0.00 | 0.00 | 0.00 | 0.00 | 1,034.71 |
| 1/19/2000 | 1/16/2000 | | | | | | | | | 20567 |
| | | 1,038.45 | 64.38 | 15.06 | 13.56 | 0.00 | 0.00 | 0.00 | 0.00 | 945.45 |
| 2/02/2000 | 1/30/2000 | | | | | | | | | 20574 |
| | | 771.63 | 47.84 | 11.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 712.60 |
| 2/16/2000 | 2/13/2000 | | | | | | | | | 20580 |
| | | 1,009.61 | 62.60 | 14.64 | 6.92 | 0.00 | 0.00 | 0.00 | 0.00 | 925.45 |
| 3/01/2000 | 2/27/2000 | | | | | | | | | 20586 |
| | | 973.55 | 60.36 | 14.12 | 1.51 | 0.00 | 0.00 | 0.00 | 0.00 | 897.56 |
| 3/15/2000 | 3/12/2000 | | | | | | | | | 20592 |
| | | 1,153.84 | 71.54 | 16.73 | 28.56 | 0.00 | 0.00 | 0.00 | 0.00 | 1,037.01 |
| 3/27/2000 | 3/26/2000 | | | | | | | | | 20598 |
| | | 1,153.84 | 71.54 | 16.73 | 28.56 | 0.00 | 0.00 | 0.00 | 0.00 | 1,037.01 |
| 4/12/2000 | 4/09/2000 | | | | | | | | | 20608 |
| | | 1,153.84 | 71.54 | 16.73 | 28.56 | 0.00 | 0.00 | 0.00 | 0.00 | 1,037.01 |
| 4/26/2000 | 4/23/2000 | | | | | | | | | 20614 |
| | | 1,009.61 | 62.60 | 14.64 | 6.92 | 0.00 | 0.00 | 0.00 | 0.00 | 925.45 |
| 5/10/2000 | 5/07/2000 | | | | | | | | | 20622 |
| | | 1,153.84 | 71.54 | 16.73 | 28.56 | 0.00 | 0.00 | 0.00 | 0.00 | 1,037.01 |
| 5/24/2000 | 5/21/2000 | | | | | | | | | 20628 |
| | | 1,153.60 | 71.52 | 16.73 | 28.52 | 0.00 | 0.00 | 0.00 | 0.00 | 1,036.83 |
| | | 27,244.77 | 1,689.17 | 395.05 | 546.94 | 0.00 | 0.00 | 0.00 | 0.00 | 24,613.61 |

SE000096

# Appendix A-2



| SSN | ▓▓▓▓▓ | LName | OLDS | FName | STEPHANIE | MName | L | Emp Cat | R | Regular |
| Group | 14 | Home Dept | 4250 | Anesthesia-Academic | | Home CC | GF4250200 | FTE | 1 | Hrs | 40 |
| Cls | 2447 | ACCOUNTS ANALYST II | | Grade | 08 | Level | | PIN | 01239 | Genesys Status | T |

| Ann Max | $0.00 | Annual | $37,522.16 | DoH | 1/24/2001 | Orig DoH | 1/24/2001 | Rehire Date | |
| Pay Rate | $1,443.16 | Mthly | $0.00 | Adj Service Date | 1/24/2001 | Probation | 7/23/2001 | | |
| | | | | DoT | 3/12/2002 | TA01 | Accepted Another Position | | |



| Act No. | Eff Date | | Reason | | Dept | | | PIN | Sch Hrs | Cat |
| | | | Class Code | | Grade | | | Rate | | Schd |
| H | 12:00:01 AM | 00 | | | | | | | | |
| 003 | 3/12/2002 | TA01 | Accepted Another Position | 4250 | Anesthesia-Academic | | | 01239 | 40 | R |
| | | 2447 | ACCOUNTS ANALYST II | | 08 | | | $1,443.16 | | S |
| 002 | 3/13/2002 | TA01 | Accepted Another Position | 4250 | Anesthesia-Academic | | | 01239 | 40 | R |
| | | 2447 | ACCOUNTS ANALYST II | | 08 | | | $1,443.16 | | S |
| 001 | 1/24/2001 | HIRE | Hire | 4250 | Anesthesia-Academic | | | 01239 | 40 | R |
| | | 2447 | ACCOUNTS ANALYST II | | 08 | | | $1,443.16 | | S |

# Appendix A-3

# GOVERNMENT OF THE DISTRICT OF COLUMBIA

★★★

**PERSONNEL ACTION**

AUTO
PERS FORM 1
(REV. 2/85)

| TRANSACTION CODE | 1 1 0 4 | ORIGINATING AGENCY | J A  HUMAN SERVICES |
|---|---|---|---|

| 1. SOCIAL SECURITY NUMBER 002 MJC | 2. NAME 008  LAST  FIRST  MIDDLE | 2A. 009  1. MR.  4. MS.  2. MRS.  3. MISS  2 | 3. DATE/ACTION NO. 568854  03-22-02 | 4. EFFECT. DATE MO DY YR  03 18 02 |
|---|---|---|---|---|

███-9279   OLDS, STEPHANIE L

| 5. DEPARTMENT | 6. ADDRESS 013  STREET | 7. DATE OF BIRTH 221 | 8. PHYSICAL HANDICAP 236 |
|---|---|---|---|
| HUMAN SERVICES | 446 BUCHANAN ST NW | 66 | 04 |

| CITY 014  STATE 015  ZIP 016 | 9. VETERANS PREFERENCE 238  1. NONE  3. 10 PT. DISAB  5. 10 PT. OTHER  2. 5 PT.  4. 10 PT. COMP |
|---|---|
| WASHINGTON  DC  200170000 | 1 |

| 10. NATURE OF ACTION/CODE | NTE DATE 232  MO DY YR | 11. AUTHORITY | EMPLOYMENT DATE 223  MO DY YR |
|---|---|---|---|
| APPT INTO THE CFO | | PL 104-194 OCFO OFFICE | 03 18 02 |

| 12. SERVICE 222  COMP. DATE  MO DY YR | 13. D.C.  SERVICE COMP.  DATE  MO DY YR | 14. FEGLI REGULAR 084  1. COVERED  2. INELIGIBLE  3. WAIVED | FEGLI OPTIONAL 086  1. UNDER 35  5. 50-54  2. 35-39  6. 55-59  3. 40-44  7. 60 AND UP  4. 45-49 | 15. HEALTH BENEFITS CODE .081  DC: 000 |
|---|---|---|---|---|
| 03 18 02 | 03 18 02 | DC: C | | CARRIER CONTROL NO. 080 |

| 16. FROM: POSITION TITLE AND NUMBER | 17. PAY SCHEDULE  SERIES | 18. GRADE  STEP | 19. SALARY  FLAG  TIME SERVICE |
|---|---|---|---|
| | 20. ORGANIZATIONAL UNIT | | SCHOOLS – TENURE IN SYSTEM |
| | 21. PAYROLL ORG CODE | PAY GROUP | TENURE IN POSITION |

| 22. TO: POSITION TITLE AND NUMBER | 23. PAY SCHEDULE  SERIES 225 | 24. GRADE 031  STEP 032 | 25. SALARY 033  FLAG  TIME SERVICE 043 |
|---|---|---|---|
| BUDGET ANALYST | DS  0560 | 11  05 | 62944  80.00 |
| | 26. ORGANIZATIONAL UNIT  ASS-OFFICE OF THE CONTROLLER | | SCHOOLS – TENURE IN SYSTEM |
| | 27. PAYROLL ORG CODE 004  70-600-163 | | TENURE IN POSITION  DS-0560-11-00-0 |

| 28. LABOR DISTRIBUTION RULE IS CERTIFIED CORRECT | 29. RETIREMENT 070  01 CS RETIRE  02 TEACHERS  03 POLICE/FIRE  04 JUDGES (3%) | 05 JUDGES (3.5%)  06 JUDGES (6.5%)  07 RESERVED  08 UDC (10%) | 09 UDC (12.5%)  10 UDC (15%)  11 FICA  12 NONE | 13 FICA NO. TIAA/CREF  14 CS LAW ENFORCEMENT  15 |
|---|---|---|---|---|
| AGENCY CONTROLLER OR DESIGNEE  DATE | 1502 | | | |

| 30. PAY 001  GROUP  02 | 31. RETAINED GRADE | EXPIRATION DATE 224  MO DY YR | 32. CORRESPONDING GRADE | 33. SERVICE CODE 026  A01 | 34.  CFO | 35. LEAVE CEILING 196 |
|---|---|---|---|---|---|---|

| 36. EMPLOYMENT TYPE 027  1. FULL-TIME  4. PART-TIME TEMP  2. PART-TIME  5. INTERMITTENT  3. FULL-TIME TEMP. | 37. POSITION TYPE 235  1. CAREER  5. JUDICIAL  2. EDUCATIONAL  3. EXECUTIVE  4. EXCEPTED | 38. TERMINATION CODE 183  1. RESIGN  5. DECEASED  2. RETIRE  6. TERMINATED  3. TRANSFER  7. VOLUNTARY SEPARATION  4. MILITARY  8. INVOLUNTARY SEPARATION | 39. CERTIFICATE TO EMPLOY NO. |
|---|---|---|---|
| 1 | 1 | | |

| Multiple Rules | RULE | FUND | AGENCY | YR | RESP. CENTER | PDS | PSF | MRU | ARC | DRC | JOB | ACTIVITY | ITEM | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes No  Primary | 1 0 0 | J A | 2 | M S D C | 1 3 0 | 1 | U U | 9 B 0 | 0 0 0 | 0 0 0 0 0 | 5 C C | | | |
| Other | | | | | | | | | | | | | | |

☐ SUBJECT TO SATISFACTORY MEDICAL EXAMINATION AND CHEST X-RAY.

☐ SUBJECT TO COMPLETION OF _____ YEAR   PERIOD BEGINNING _____
FLSA STATUS 02   DC RBCD 03 18 02

REMARKS:
PURSUANT TO THE AUTHORITY OF THE CFO. SEE ATTACHED AUTHORITY.

FRINGE 001

| 44. DEPARTMENT HEAD OR DESIGNEE (SIGNATURE) | DATE  Mo Dy Yr  8/6/01 | 45. APPROVING OFFICER AND AGENCY (SIGNATURE) | APPROVAL DATE  Mo Dy Yr  03 18 02 |
|---|---|---|---|
| (Title)  R  DIRECTOR, OCFO | | (Title)  NATWAR GANDHI, CFO | |

Received Fax    Nov 06 2007 9:40    Fax Station : OCFO/OHR HUMAN RESOURCES DIVISION    p. 2

Nov-06-2007 08:53am   From-OFFICE OF THE ASSOCIATE CFO      +2026714203      T-254   P.002/002   F-192

GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE CHIEF FINANCIAL OFFICER



January 8, 2004

Ms. Stephanie Olds
1824 Newton Street, NE
Washington, D.C. 20018

**VIA FEDEX EXPRESS**

Dear Ms. Olds:

Based on the allegation of misappropriation of government funds you are being placed on enforced leave as follows:

- Five workdays of administrative leave, effective December 24, 2003 through December 30, 2003.
- Annual leave beginning December 31, 2003, until annual leave is exhausted.
- Compensatory time, which has been authorized and recorded on time and attendance reports, until exhausted.
- Leave without pay when annual leave and compensatory time are exhausted or not available.

This correspondence rescinds the December 23, 2003 memorandum titled "Administrative Leave With Pay" from Delicia Moore.

You will remain on enforced leave until further notice. Final determination on your employment status with the Office of the Chief Financial Officer will be issued to you in writing.

If you have any questions or need additional information, please contact me at (202) 442-6523.

Sincerely,

Diane M. Camilleri
Director of Human Resources

cc:    Associate Chief Financial Officer, Human Support Services Cluster
      Chief Financial Officer, CFSA
      Director, Office of Integrity and Oversight

941 North Capitol Street, N.E., Suite 1200 · Washington, D.C. 20002 · (202) 442-6523

# Appendix B



Federal Tax Calculations -- Federal Income Tax Withholdings: Taxpayer Reported vs. Actual

Amount

$0
$5,000
$10,000
$15,000
$20,000
$25,000
$30,000
$35,000
$40,000
$45,000

Year

1998  $13,839  $3
1999  $18,956  $344
2000  $22,965  $259
2001  $29,856  $1,175
2002  $39,786  $494
2003  $39,719  $574

☐ Taxpayer Reported FIT W/H
■ Actual FIT W/H

# Appendix C



Federal Tax Calculations -- Refund or Payment Due: Taxpayer Reported vs. Actual

# Appendix D

CHECKS BELONGING TO CFSA

| Contractor | Amount | Date on Check | Payable to | Date check deposited by Olds |
|---|---|---|---|---|
| Kinko's | $3520.58 | 7/11/03 | S.L. Emerson<br>Attn: Michelle Edmonds-VP<br>PO Box 92791<br>Washington, DC 20090 | 7/16/03 |
| VCU | $9563.58 | 8/11/03 | Child and Family Svcs Agency<br>S L Emerson<br>400 Sixth St. SW Rm 2085<br>Washington DC 20024 | 8/19/03 |
| AT&T | $2830.17 | 10/29/03 | Child and Family Serv -Dis of C<br>Attn: Stephanie Olds<br>CFSA/400 6th Street SW<br>2nd Floor/Room 2085<br>Washington DC 20024 | 11/3/03<br>(with 11/1/03<br>Karen Edwards<br>letter) |
| Keystone Education | $8835.00 | 10/28/03 | DC Child & Family Serv. Agency<br>400 Sixth Street SW<br>Washington, DC 20024 | 11/29/03<br>(with 11/26/03<br>Karen Edwards<br>letter) |
| The Devereux Foundation | $5250.00 | 12/5/03 | DC Child & Family Services<br>Accounting Division<br>400 6th Street, SW<br>Washington, DC 20024 | *Attempted 12/19/03 (with 12/18/03 Karen Edwards letter)* |

# Appendix E

**ORTHOPAEDIC SURGERY-SPORTS MEDICINE-JOINT REPLACEMENT**

**Michael D. Paul, M.D., F.I.C.S., P.A.**
**831 University Boulevard East #26**
**Silver Spring, Maryland 20903**
USA

Telephone: 301.445 4800
Fax: 301.445 4802

e-mail:midaplace@aol.com

May 31, 2000

To: Dr. Michael D. Paul, M.D.

From: Stephanie Olds

Dear Sir:

Further to our discussions yesterday and today, I hereby tender my immediate resignation from the position of Office Billing and Collections Manager in your office at the above address. You have treated me with respect at all times and I wish to apologize for the harm I have done to your office. I am sorry for the theft of office money. I admit that I accomplished this by cashing numerous office checks. I also made numerous long distance calls from the office telephone lines so that the office paid for those calls. Furthermore, I used the punch-in clock to inflate office hours worked.

Sincerely,

*Stephanie Olds 6/2/00*

Stephanie Olds

*Olds Jr.*

Witness:

*(Husband)*

*6/2/00 Employee paid $12000 cash in restitution for*
*1pm money embezzled with understanding that I*
*would not press charges. Money will be*
*deposited into corporate account of Michael D. Paul MD*