# Exhibit 2: Affidavit of Erica Ford

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. )
)
STEPHANIE EMERSON OLDS )
Defendant )

CRIM. NO. 06-186 (GK)

**AFFIDAVIT OF ERICA FORD**

I, ERICA FORD, Special Agent, United States Internal Revenue Service ("IRS"), having been duly sworn, hereby depose and state as follows:

A. OBJECTIVE

1. This affidavit is presented in support of the government's memorandum in aid of sentencing of defendant STEPHANIE EMERSON OLDS ("OLDS") for her convictions for theft from a program receiving federal funds, making false claims, and first-degree fraud.

B. CREDENTIALS

2. I am a Special Agent at the IRS. I have been employed with the IRS for approximately seven years. My duties include, but are not limited to, the investigation of alleged violations of federal tax and other criminal statutes and the preparation, presentation, and service of criminal complaints and arrest and search warrants.

C. SOURCE OF EVIDENCE

3. I am familiar with the facts and circumstances of this investigation. The information contained in this affidavit is based upon my personal investigative activities, including my review of bank records and receipts related to purchases from corporate entities and my interviews of

witnesses.

D. THEFT FROM SEVILLE CONDOMINIUM ASSOCIATION

4. In May 2004, OLDS was hired by the Seville Condominium Association Board of Directors ("the Board") as the on-site property manager for the Seville Condominium ("the Seville") located at 3450 Toledo Terrace, in Hyattsville, Maryland. At the time that OLDS was hired, the property management company for the Seville was Commercial Management Group ("CMG"), and CMG maintained corporate bank accounts for the Seville at Bank of America. OLDS was the signator of the accounts and received the account statements at her office at the Seville.

5. In May 2005, the Board fired CMG and hired Abaris Realty, Inc. ("Abaris") as its property management company. OLDS remained in her position as the Seville's on-site property manager. As part of the transition from CMG to Abaris, OLDS was instructed to close all of the Seville's corporate accounts that CMG had maintained at Bank of America. OLDS closed several such accounts, but, unbeknownst to the Board or Abaris, OLDS left one of the Seville's accounts at Bank of America open.

6. Unbeknownst to the Board or Abaris, OLDS continued to deposit into the open account at Bank of America checks made payable to the Seville Condominiums, such as checks for laundry commissions, condominium fees, and party room rental fees. These checks should have been turned over to Abaris and deposited into a new bank account established by Abaris on behalf of the Seville. OLDS used the money that she secretly deposited into the Bank of America account – that belonged to the Seville – for personal expenditures, such as furniture, gas, groceries, clothing, and hotel stays. She paid for these personal purchases using the debit CheckCard for

the Seville's account or by making withdrawals from the Seville's account at ATM machines. None of these personal withdrawals and expenditures were known to or approved by the Board or Abaris.

7. For example, Appendix A to this affidavit is a copy of the November 2005 bank statement for the Seville's operating account at Bank of America, which lists, among other withdrawals, two purchases with Card # 4635 7800 0082 1712 on November 23, 2005 from Regency Furniture, one for $1,794.98 and another for $199.49. Appendix B to this affidavit consists of copies of two invoices from Regency Furniture and corresponding Visa receipts for purchases with the same card number in the same amounts on November 22, 2005. In the signature line of the CheckCard receipts, above the printed words "THE/SEVILLE, A," appears OLDS's signature. OLDS's signature also appears on the two invoices. These purchases were neither known to nor authorized by the Board or Abaris.

8. Similarly, Appendix A to this affidavit, the November 2005 bank statement for the Seville's operating account at Bank of America, lists, among other withdrawals, a payment with Card # 4635 7800 0082 1712 on November 29, 2005, to Center City Consortium for $1,860.00. Appendix C to this affidavit consists of a credit card authorization form noting the same card number and signed by OLDS, a Visa receipt for a payment to Center City Consortium with the same card number for the same amount on November 28, 2005, and a Center City Consortium account statement for OLDS reflecting a credit card payment for the same amount on November 28, 2005, for school fees, tuition, and late fees. This payment was neither known to nor authorized by the Board or Abaris.

9. In addition, Appendix D to this affidavit is a copy of the August 2006 bank statement for

the Seville's operating account at Bank of America, which lists, among other withdrawals, two payments with Card # 4635 7800 0091 1364, posted on August 29, 2006, to the Radisson Plaza Lord Baltimore, each for $312.76. Appendix E to this affidavit consists of copies of two invoices from the Radisson Plaza Lord Baltimore, each for a hotel room from August 25 to 27, 2006, reflecting payment of $312.76 for each on August 27, 2006, with a Visa card with the same last four digits as in Appendix D (the first several digits are protected and noted as "X"). At the top of each invoice is the name "Stephanie Olds"; one invoice also includes the address "446 Buchanan Street, Washington, DC 20011" beneath OLDS's name. These hotel stays were neither known to nor authorized by the Board or Abaris. Using the scheme described above, OLDS stole approximately $41,000 from the Seville between August 2005 and November 2006.[1] To date, Abaris's insurance company has been unable to recover any of these funds from OLDS.

E. FRAUD DURING EMPLOYMENT AT MEADOW GREENS COURT APARTMENTS

10. In 2007, while OLDS was employed by E & G Property Services ("E&G") as an apartment manager for Meadow Greens Court Apartments ("Meadow Greens"), located at 3539 A Street, SE, in Washington, DC, and was earning an annual salary of $55,993, OLDS misappropriated E&G's funds for her own personal use, having no authority from E&G to do so. On June 1, 2007, a tenant at Meadow Greens, Ms. Sylister Moore, who lives at 3511 A Street, SE, Apartment 202, submitted two money orders, one for $80 and one for $500, as payment of rent. Instead of depositing the money orders in E&G's account, OLDS made the $80 money order payable to herself ("Stephanie Olds") and the $500 money order payable to "Olds & Olds

[1]OLDS was terminated by Abaris on November 9, 2006.

Lawn Service"; both money orders were subsequently cashed. E&G has never hired Olds & Olds Lawn Service to do work on its property. Appendix F to this affidavit consists of copies of the two money orders, which were obtained by E&G from Ms. Moore after E&G sued Ms. Moore for non-payment of rent and Ms. Moore had a tracer put on the money orders.

11. Also in June 2007, OLDS hired two employees, Ashley and Andre Scott, the niece and nephew of OLDS's friend Thomas Young, to do filing and maintenance work at Meadow Greens. OLDS hired them without authorization and paid them with cashier's checks from SunTrust bank. Appendix G to this affidavit consists of copies of the two cashier's checks and of a July 5, 2007 email from OLDS to E&G supervisor Roberta Mauzy, in which OLDS acknowledged hiring these two individuals without authorization.

12. In addition, on July 3, 2007, OLDS caused a check to be drawn upon a fictitious bank account, which she purported was held by E&G at First Union National Bank, and sent to Signius Communications, the provider of E&G's answering service. Appendix H to this affidavit consists of copies of the fraudulent check and of the Check By Phone Request by OLDS. All of these fraudulent actions by OLDS were undertaken without the knowledge or authorization of E&G.

I swear to the truth of the foregoing under pain and penalty of perjury, this 28 day of February, 2008.

Erica Ford

Erica Ford

# Appendix A



**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

H

Page 1 of 2
Account Number: 0041 2896 4435
E0 P 0C Enclosures 0 44
Statement Period
11/01/05 through 11/30/05 0032533

01295 001 SCM999 0

THE SEVILLE, A CONDOMINIUM
OPERATING ACCOUNT
3450 TOLEDO TER
HYATTSVILLE MD 20782-1397

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Full Analysis Business Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 11/01/05 through 11/30/05 | Statement Beginning Balance | 419.36 |
| Number of Deposits/Credits | 2 | Amount of Deposits/Credits | 5,630.28 |
| Number of Withdrawals/Debits | 4 | Amount of Withdrawals/Debits | 3,944.12 |
| | | Statement Ending Balance | 2,105.52 |
| Number of Enclosures | 0 | Average Ledger Balance | 1,501.51 |
| Number of Days in Cycle | 30 | Service Charge | 89.65 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/21 | | 5,289.28 | Counter Credit | 813003710421369 |
| 11/29 | 0000630600 | 341.00 | Lockbox Deposit | 813003710600810 |

### Withdrawals and Debits

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/15 | | 89.65 | 10/05 Acct Analysis Fee | 940311150000001 |
| **ard Account # 4635 7800 0082 1712:** | | | | |
| 11/23 | | 1,794.98 | CheckCard 1122 Regency Furniture | 929911221559121 |
| 11/23 | | 199.49 | CheckCard 1122 Regency Furniture | 929911221559101 |
| 11/29 | | 1,860.00 | CheckCard 1128 Center City Consortium | 929911281433104 |
| **ubtotal** | | 3,854.47 | | |

Recycled Paper

# Appendix B

**DECLARATION OF CUSTODIAN OF RECORDS**

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is DAVID HU.
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Howard R. Sklamberg, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/11/07.
(Date)

(Signature of Declarant)

DAVID HU
(Name of Declarant)

REGENCY FURNITURE
(name of business)

7900 CEDARVILLE RD
(business address)

BRANDYWINE, MD 20613

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

| Financed By: |
|---|
| Special Order |
| Layaway For: 90 Days |

**REGENCY** FURNITURE SHOWROOMS

HOME FURNISHINGS FOR TODAY'S LIFESTYLE

3333 Corridor Marketplace, Laurel, MD 20724
888-My Regency

№ 317112

TAKEN 11/22/05

DATE OF SALE: 11/22/05 DELIVERY / P/U DATE:

SOLD TO:
Name: Stephanie Olds
Street: 446 Buchanan St Apt.
City: Wash DC State: Zip:
Home Phone: 202-380-2898 (2001)
Sales Person: Kevin Hill

DEL TO:
Name:
Street Apt.
City: State: Zip:
Bus. Phone:
E-mail Address:

| QTY. | VENDOR | ITEM# | COLOR/COVER | DESCRIPTION | UNIT PR. | PRICE | NOTES |
|---|---|---|---|---|---|---|---|
| ~~1~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | Elite® ☐ Accepted ☐ Rejected Signature: |
| 1 | Ash | T423-06 | | END TABLE | | 189.99 | |
| | | | Final Sale as is floor | | | | |
| | | TAKEN 11/22/05 | | | | | |
| | Furniture Available in 2 to 6 weeks unless special order | | | | | | |

NO CASH REFUNDS. STORE CREDIT ONLY. FLOOR SAMPLES AS IS - NO RETURN - NO REFUND. CUSTOMER ACKOWLEDGES PURCHASE OF LISTED ITEMS. CUSTOMER ACKNOWLEDGES READING AND ACCEPTING TERMS AND RULES ON REVERSE SIDE.

Stephanie Olds 11/22/05
CUSTOMER'S SIGNATURE DATE

| | |
|---|---|
| Subtotal | 189.99 |
| State tax | 9.50 |
| Delivery | [crossed out] TAKEN |
| Proc. Fee | — |
| TOTAL | 199.49 |
| Amnt. Down | 199.49 Visa |
| Amnt. Fin. | |
| BALANCE | ∅ |

SPL. ORDER INFO.: SS#:
BY: P.O.#: EXPECT DATE:

Stephanie Olds 11/22/05
RECEIVED IN GOOD CONDITION DATE

REGENCY FURNITURE SHOWROOMS
HOME FURNISHINGS FOR TODAY'S LIFESTYLE

White = Office Green = Corporate Canary = Salesperson Pink = Shipper Gold = Customer



HOME FURNISHINGS FOR TODAY'S LIFESTYLE
3333 Corridor Marketplace, Laurel, MD 20724
888-My Regency

№ 317087

P-U STORE

Financed By:

Special Order

Layaway For: 90 Days

DATE OF SALE: 11/20/05 | ~~DELIVERY~~ (P/U) DATE: 11/23/05

SOLD TO:
Name: Stephanie Olds
Street: 446 Buchanan St Apt. NW
City: Wash DC State: Zip: 20011
Home Phone: 2) 380 2898
Sales Person: Kevin Hill

DELIVER TO:
Name:
Street Apt.
City: State: Zip:
~~Bus.~~ Phone: 3) 539 2020
E-mail Address:

| QTY. | VENDOR | ITEM# | COLOR/COVER | DESCRIPTION | UNIT PR. | PRICE | NOTES |
|---|---|---|---|---|---|---|---|
| 1 | Ash | 4380338 | | Sofa | | 1699.99 | |
| 1 | Ash | 4380335 | | Loveseat | | | |
| | | | As Is | floor model | | | |
| | | | | Final Sale | | | |
| | | 72 | hr. p/u | | | | |

Elite ☐ Accepted ☑ Rejected Signature:

Furniture Available in 2 to 6 weeks unless special order

NO CASH REFUNDS. STORE CREDIT ONLY. FLOOR SAMPLES AS IS - NO RETURN - NO REFUND. CUSTOMER ACKOWLEDGES PURCHASE OF LISTED ITEMS. CUSTOMER ACKNOWLEDGES READING AND ACCEPTING TERMS AND RULES ON REVERSE SIDE.

Stephanie Olds 11/20/05
CUSTOMER'S SIGNATURE DATE

| | |
|---|---|
| Subtotal | 1699.99 |
| State tax | 84.99 |
| Delivery | P/U 10.00 |
| Proc. Fee | |
| TOTAL | 1794.98 |
| Amnt. Down | 1794.98 |
| Amnt. Fin. | |
| BALANCE | Ø |

VISA

SPL ORDER INFO SS#
BY F/O# EXPECT DATE
RECEIVED IN GOOD CONDITION DATE

REGENCY
HOME FURNISHINGS FOR TODAY'S LIFESTYLE

White = Office Green = Corporate Canary = Salesperson Pink = Shipper Gold = Customer

07/10/2007 20:17 3014907709 REGENCY FURNITURE PAGE 03/03

317087

REGENCY FURNITURE
3333 CORRIDOR MARKET PL
LAUREL, MD 20725

TIME 8:37 PM DATE 11/22/05
TERM# [illegible] REF# [illegible]
TRAN TYPE SALE
#4635780000821712
CARD TYPE VISA
EXP DATE 10/09 SEQ # 010
TICKET # 0000005085
AUTH CODE 133471

TOTAL $1794.98

SIGN X
THE/SEVILLE, A

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

MERCHANT COPY

317112

REGENCY FURNITURE
3333 CORRIDOR MARKET PL
LAUREL, MD 20725

TIME 8:38 PM DATE 11/22/05
TERM# [illegible] REF# [illegible]
TRAN TYPE SALE
#4635780000821712
CARD TYPE VISA
EXP DATE 10/09 SEQ # 011
TICKET # 0000005086
AUTH CODE 153483

TOTAL $199.49

SIGN X
THE/SEVILLE, A

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

MERCHANT COPY

# Appendix C

**DECLARATION OF CUSTODIAN OF RECORDS**

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is William Biggs.
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Howard R. Sklamberg, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2007.
(Date)

William Biggs
(Signature of Declarant)

William Biggs
(Name of Declarant)

Center City Consortium Schools
(name of business)

145 Taylor Street NE
(business address)

Washington, DC. 20017
202-234-4611

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

Account No: C02650

IF PAYING BY CREDIT CARD, PLEASE COMPLETE THIS SECTION, DETACH AND RETURN ALONG WITH TOP SECTION

10

11/28/05 App# 100040

**CREDIT CARD AUTHORIZATION**

Amount $ 1860.00

Name as it appears on credit card Stephanie olds

Billing Address

Card Number 4635 7800 0082 1712 Expires 10/09

Type of Card (VISA or MasterCard only) ☐ VISA ☐ MasterCard

Signature [signature] Date

FORM NO. L 8011-1 ORDER NO. G011000498 CUSTOMER NO. 0000163829000 D02

CENTER CITY CONSORTIUM
1317 EIGHTH STREET NW
202-234-4611, DC 200014205
2022344611
03219409
TERM ID:25630003219409
STATION #1

MON, NOV 28, 2005 09:36A

*** CREDIT CARD ***

| | |
|---|---|
| CARD NO: | 4635780000821712 |
| EXP DATE: | 0910 |
| CARD TYPE: | VI - CREDIT |
| TR TYPE: | SALE M |
| APPR CODE: | 100040 |
| RECORD NO: | 011 |
| TRANSACTION ID: | 175332560703861[illegible] |
| VALIDATION: | SGP3 |

TOTAL: $1060.00

SIGN_______________________________

THANK YOU,
PLEASE COME AGAIN!

CENTER CITY CONSORTIUM
1317 EIGHTH STREET NW
202-234-4611, DC 200014205
2022344611
03219409
TERM ID:25630003219409
STATION #1

[illegible], [illegible] 28, 2005 0[illegible]:37A

*** CREDIT CARD ***

| | |
|---|---|
| CARD NO: | 48371000[illegible] |
| EXP DATE: | 0900 |
| CARD TYPE: | VI - CREDIT |
| TR TYPE: | SALE |
| APPR CODE: | 100062 |
| RECORD NO: | 012 |
| TRANSACTION ID: | 165332507857748 |
| VALIDATION: | G0EL |

School: 10 Nativity

C02650 06/30/06

**Center City Consortium**
**145 Taylor Street NE**
**Washington, DC 20017**

**202-234-4611** **Fax: 202-234-4740**

0.00

Stephanie Olds
446 Buchanan Street, NW
Washington, DC 20011

| | | | | | |
|---|---|---|---|---|---|
| 03/01/05 | | Tuition for March 03/01/05 | 405.63 | | 840.41 |
| 03/01/05 | | School Fees for March 03/01/05 | 20.00 | | 860.41 |
| 03/31/05 | | Late Fees for March 03/31/05 | 10.00 | | 870.41 |
| 04/01/05 | | Tuition for April 04/01/05 | 405.63 | | 1,276.04 |
| 04/01/05 | | School Fees for April 04/01/05 | 20.00 | | 1,296.04 |
| 04/28/05 | 230049476 | PAYMENT THANK YOU | | 296.00 | 1,000.04 |
| 04/28/05 | 230049475 | PAYMENT THANK YOU | | 500.00 | 500.04 |
| 04/28/05 | 230049474 | PAYMENT THANK YOU | | 500.00 | 0.04 |
| 05/01/05 | | Charged off-to clear acct. | | 0.04 | 0.00 |
| 07/20/05 | | Tuition for July 07/20/05 | 350.00 | | 350.00 |

School: 10 Nativity

C02650 06/30/06

**Center City Consortium**
**145 Taylor Street NE**
**Washington, DC 20017**

**202-234-4611** **Fax: 202-234-4740**

0.00

Stephanie Olds
446 Buchanan Street, NW
Washington, DC 20011

| | | | |
|---|---|---|---|
| 07/20/05 | School Fees for July 07/20/05 | 20.00 | 370.00 |
| 08/10/05 | Tuition for August 08/10/05 | 350.00 | 720.00 |
| 08/10/05 | School Fees for August 08/10/05 | 20.00 | 740.00 |
| 09/09/05 | School Fees for September 09/09/05 | 20.00 | 760.00 |
| 09/09/05 | Tuition for September 09/09/05 | 350.00 | 1,110.00 |
| 10/03/05 | School Fees for October 10/03/05 | 20.00 | 1,130.00 |
| 10/03/05 | Tuition for October 10/03/05 | 350.00 | 1,480.00 |
| 10/21/05 | Late Fees for October 10/21/05 | 10.00 | 1,490.00 |
| 11/01/05 | Tuition for November 11/01/05 | 350.00 | 1,840.00 |
| 11/01/05 | School Fees for November 11/01/05 | 20.00 | 1,860.00 |

School: 10 Nativity

C02650 06/30/06

**Center City Consortium**
**145 Taylor Street NE**
**Washington, DC 20017**

**202-234-4611** **Fax: 202-234-4740**

0.00

Stephanie Olds
446 Buchanan Street, NW
Washington, DC 20011

| | | | | | |
|---|---|---|---|---|---|
| 11/28/05 | 100040 | CREDIT CARD PAYMENT | | 1,860.00 | 0.00 |
| 12/01/05 | | School Fees for December 12/01/05 | 20.00 | | 20.00 |
| 12/01/05 | | Tuition for December 12/01/05 | 350.00 | | 370.00 |
| 12/30/05 | | Late Fees for December 12/30/05 | 10.00 | | 380.00 |
| 01/03/06 | | Tuition for January 01/03/06 | 350.00 | | 730.00 |
| 01/03/06 | | School Fees for January 01/03/06 | 20.00 | | 750.00 |
| 01/24/06 | | Late Fees for January 01/24/06 | 10.00 | | 760.00 |
| 02/01/06 | | Tuition for February 02/01/06 | 350.00 | | 1,110.00 |
| 02/01/06 | | School Fees for February 02/01/06 | 20.00 | | 1,130.00 |
| 02/06/06 | 39304 | CREDIT CARD PAYMENT | | 1,130.00 | 0.00 |

# Appendix D

H

44

THE SEVILLE, A CONDOMINIUM
OPERATING ACCOUNT

## Business Economy Checking

### Withdrawals and Debits - Continued

**Other Debits**

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 08/30 | 35.00 | Overdraft Item Fee For Activity Of 08-29 Electronic Transa | 933908290004424 |
| 08/31 | 1.14 | Overdraft Interest Charge | |
| 08/31 | 12.00 | Monthly Maintenance Fee | |
| **Card Account # 4635 7800 0091 1364:** | | | |
| 08/02 | 100.00 | CheckCard 0801 Enterprise Rent-A-Car | 929908011560271 |
| 08/08 | 57.01 | CheckCard 0806 Amoco Oil 08753212 | 929908060062863 |
| 08/08 | 45.00 | CheckCard 0806 Texaco 00306158 | 929908061203622 |
| 08/28 | 312.00 | Harbor Bank Of 08/26 #000006140 Withdrwl | 946308260006140 |
| 08/28 | 2.00 | Harbor Bank Of 08/26 #000006140 Withdrwl | 946308260006140 |
| 08/29 | 602.00 | Industrial Ban 08/29 #000003691 Withdrwl | 946308290003691 |
| 08/29 | 514.09 | CheckCard 0828 Dtv*directv Service | 929908280749861 |
| 08/29 | 312.76 | CheckCard 0827 Radisson Plaza Lord Bal | 929908270002833 |
| 08/29 | 312.76 | CheckCard 0827 Radisson Plaza Lord Bal | 929908270002834 |
| 08/29 | 119.04 | CheckCard 0827 The Olive Gard00012625 | 929908270809667 |
| 08/29 | 72.00 | CheckCard 0827 Texaco 00306158 | 929908271297988 |
| 08/29 | 55.65 | Wal-Mart Store 08/28 #000245257 Purchase | 946308280245257 |
| 08/29 | 17.81 | Sou Staples #2 08/28 #000958780 Purchase | 946308280958780 |
| 08/29 | 2.00 | Industrial Ban 08/29 #000003691 Withdrwl | 946308290003691 |
| **Subtotal** | **2,524.12** | | |

### Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/01 | 114.48 | 08/11 | 57.53- | 08/29 | 629.64- |
| 08/02 | 14.48 | 08/24 | 1,442.47 | 08/30 | 601.86 |
| 08/08 | 87.53- | 08/25 | 1,692.47 | 08/31 | 588.72 |
| 08/09 | 157.53- | 08/28 | 1,378.47 | | |

**Message Center**

*Find out more about accepting credit cards, equipment details, reporting features and more. Come visit our new and improved website: www.bankofamerica.com/merchantservices or call 1.877.837.9022 and reference promo code #142.*

*Quality health insurance for you, your dependents, and your employees offered through Banc of America Insurance Services, Inc. Get free quotes and compare rates and benefits from over 100 leading insurance companies nationwide. Personalized service from a licensed insurance agent fast and easy - act now! Visit www.bankofamerica.com/sbins1 today!*



**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

Page 1 of 3
Account Number: 0041 2896 4435
E0 E EA Enclosures 0
Statement Period
08/01/06 through 08/31/06

01295 E01 SCM999 I1 0

THE SEVILLE, A CONDOMINIUM
OPERATING ACCOUNT
3450 TOLEDO TER
HYATTSVILLE MD 20782-1397

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Business Economy Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 08/01/06 through 08/31/06 | Statement Beginning Balance | 114.48 |
| Number of Deposits/Credits | 4 | Amount of Deposits/Credits | 3,186.50 |
| Number of Withdrawals/Debits | 21 | Amount of Withdrawals/Debits | 2,712.26 |
| Number of Deposited Items | 3 | Statement Ending Balance | 588.72 |
| Number of Enclosures | 0 | Average Ledger Balance | 242.63 |
| Number of Days in Cycle | 31 | Service Charge | 12.00 |

### Deposits and Credits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 08/11 | 100.00 | CheckCard 0810 Enterprise Rent-A-Car Vienna VA 74164076222018528158356 | 929908101514329 |
| 08/24 | 1,500.00 | Counter Credit | 813003710065013 |
| 08/25 | 250.00 | Counter Credit | 813003210718007 |
| 08/30 | 1,336.50 | Counter Credit | 813003210539103 |

### Withdrawals and Debits

**Other Debits**

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 08/09 | 35.00 | Overdraft Item Fee For Activity Of 08-08 Electronic Transa | 933908080004755 |
| 08/09 | 35.00 | Overdraft Item Fee For Activity Of 08-08 Electronic Transa | 933908080004796 |
| 08/30 | 35.00 | Overdraft Item Fee For Activity Of 08-29 Electronic Transa | 933908290004422 |
| 08/30 | 35.00 | Overdraft Item Fee For Activity Of 08-29 Electronic Transa | 933908290004423 |

# Appendix E

**DECLARATION OF CUSTODIAN OF RECORDS**

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is EARL RAVEN.
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Howard R. Sklamberg, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/11/07.
(Date)

[signature]
(Signature of Declarant)

EARL RAVEN
(Name of Declarant)

RADISSON BALTIMORE
(name of business)

20 WEST BALTIMORE St
(business address)

BALTIMORE, MD
21201

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

Stephanie Olds

Arrival: 08/25/06
Departure: 08/27/06

Room: 1221
Cashier: 42
Page: 1
Departure Time: 11:38

Copy of Invoice 238308 Radisson Plaza Lord Baltimore, 08/27/06

Make your next reservation via the WWW at - http://www.radisson.com

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 08/25 | Room Charge | 1221 | 139.00 | |
| 08/25 | Tax - City 7.5% | | 10.43 | |
| 08/25 | Tax - State 5% | | 6.95 | |
| 08/26 | Room Charge | | 139.00 | |
| 08/26 | Tax - City 7.5% | | 10.43 | |
| 08/26 | Tax - State 5% | | 6.95 | |
| 08/27 | Visa Card ->XXXXXXXXXXXX1364 XX/XX | | | 312.76 |
| | Total | | 312.76 | 312.76 |
| | Balance | | | 0.00 US |

Thank you for choosing Radisson Plaza Lord Baltimore.

**If you are satisfied with your bill please use our voice mail check out by dialing 1050. If you do have any questions or concerns please dial 0 or come by the front desk.**

Stephanie Olds
446 Buchanan St.
Washington, DC 20011

Arrival: 08/25/06
Departure: 08/27/06

Room: 1506
Cashier: 42
Page: 1
Departure Time: 11:38

Copy of Invoice 238307 Radisson Plaza Lord Baltimore, 08/27/06

Make your next reservation via the WWW at - http://www.radisson.com

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 08/25 | Room Charge | 1506 | 139.00 | |
| 08/25 | Tax - State 5% | | 6.95 | |
| 08/25 | Tax - City 7.5% | | 10.43 | |
| 08/26 | Room Charge | | 139.00 | |
| 08/26 | Tax - City 7.5% | | 10.43 | |
| 08/26 | Tax - State 5% | | 6.95 | |
| 08/27 | Visa Card ->XXXXXXXXXXXX1364 XX/XX | | | 312.76 |
| | Total | | 312.76 | 312.76 |
| | Balance | | | 0.00 US |

Thank you for choosing Radisson Plaza Lord Baltimore.

**If you are satisfied with your bill please use our voice mail check out by dialing 1050. If you do have any questions or concerns please dial 0 or come by the front desk.**

# Appendix F





*111012822*
07/01/2007
0000018826297333
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

BEST COPY AVAILABLE

## Money Order Tracer Correspondence

The attached photos indicate this Money Order was cashed. The payee's endorsement should be located on the back. This should enable you to receive proper credit for your payment.

**If it appears this item has been forged or altered in any way, please call immediately 1-800-999-9660.**

If you notice any difference between the imprinted (purchase) amount and the micr-encoded (cashed) amount, notify the payee to investigate the error.

| PAID LOC: | COLL NUM | WORK DAY | BATCH NUMBE | SEQUENCE |
|---|---|---|---|---|
| | | 777 | 0000 | 49 |

M/O # 08741906852

REF # 111407-53704

SEQ # 111407-50023

SYLISTER MOORE
3511 A STREET SE APT 202
WASHINGTON DC 20019

**AMOUNT = $ 80.00**

WESTERN UNION | MONEY ORDER

INTEGRATED PAYMENT SYSTEMS, INC. - ISSUER
Greenwood Village, Colorado

08-741906851

AGENT 231761 DATE 060107
TIME 1140 02
087419068514 LOCATION 000000 500 00 ****

PAY EXACTLY ** PAY EXACTLY FIVE HUNDRED DOLLARS AND NO CENTS **********

PAY TO THE ORDER OF Olds + Olds Lawn Sur...  PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS

⑆102100400⑆ 40087419068514⑈ ⑈0000050000⑈

SERVICE CHARGE
If this Money Order is not used or cashed (presented for payment) within three (3) years of the purchase date, there will be a non-refundable service charge where permitted by law. The service charge will be deducted from the amount shown on the Money Order. The service charge is twenty-five (25) cents per month from the date of purchase, but not more than twenty-one (21) dollars.






NOTICE Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, issuer will either stop payment thereon or charge back against any endorsement. For customer service, call 1-800-999-9660.
WARNING - DO NOT CASH CHECK WITHOUT NOTING SECURITY MARK ON BACK. HOLD AT ANGLE TO LIGHT TO VERIFY MARK

ENDORSE ABOVE THIS LINE

## Money Order Tracer Correspondence

The attached photos indicate this Money Order was cashed. The payee's endorsement should be located on the back. This should enable you to receive proper credit for your payment.

**If it appears this item has been forged or altered in any way, please call immediately 1-800-999-9660.**

If you notice any difference between the imprinted (purchase) amount and the micr-encoded (cashed) amount, notify the payee to investigate the error.

| PAID LOC: | COLL NUM | WORK DAY | BATCH NUMBE | SEQUENCE |
|---|---|---|---|---|
| | | 767 | 0000 | 86 |

M/O # 08741906851

REF # 111407-53705

SEQ # 111407-50021

AMOUNT = $ 500.00

SYLISTER MOORE
3511 A STREET SE APT 202
WASHINGTON DC 20019

# Appendix G

**Robbie Mauzy**

---

**From:** Stephanie Olds

**Sent:** Thursday, July 05, 2007 3:47 PM

**To:** rmauzy@eandggroup.ccom

Ashley & Andre Scott are the niece & nephew of Thomas Young a friend of mine. He asked me if I could use summer help & I told him I would have to check & let him know. I knew I had a tremendous amount of filing from 2 years. Ashley & Andre worked June 4,5,6 & June 12,13,14,for a total of 55 hours each. Andre did help in the maintenance dept on a trial because Tyrone will be going out for foot surgery, so we were trying to find a replacement instead of being shorthanded. I paid them both with cashiers checks from my own money never once stating E& G anywhere. Mr. Young & I spoke the latter part of June & I made it very clear to him everything thet transpired between myself & them. He said he understood that they were paid for the time worked from me & they were never employees of E& G.



THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTO

SUNTRUST Official Check 0303017124

#430303-UWJC3 VOID OVER 370.42 87-275/632

JUNE 22, 2007

Non-Negotiable

THREE HUNDRED SEVENTY DOLLARS AND 42 CENTS $370.42

Pay To The Order Of **********ASHLEY SCOTT**************

Purchaser STEPHANIE OLDS

Memo

630015 (3/07)

Customer Copy
Non-Negotiable

This Is Not A Check - Customer Copy - This Is Not A Check

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTO

SUNTRUST Official Check 0303017125

#430303-UWJC3 VOID OVER 444.51 87-275/642

JUNE 22, 2007

Non-Negotiable

FOUR HUNDRED FORTY FOUR DOLLARS AND 51 CENTS $444.51

Pay To The Order Of ***************ANDRE' SCOTT**********************

Purchaser STEPHANIE OLDS

Memo

630015 (3/07)

Customer Copy
Non-Negotiable

This Is Not A Check - Customer Copy - This Is Not A Check

# Appendix H

Jul 13 2007 1:41PM SIGNIUS COMMUNICATIONS 4106311604 p.2

JUL-14-2007 01:33 From: To:14106311604 Page:1/2

Grand Bank
(609) 514-3900

NOTICE OF RETURNED DEPOSITED ITEMS

Account 311000770

Date 7/12/07

The deposited items listed were returned to us and debited to your account.

| PAYOR | RETURN REASON | AMOUNT |
|---|---|---|
| E&G PROPERTY | Refer to Maker - NF | 2,292.00 |

*0310000484
07/11/2007
5309755540

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER

E05300D1433 07/09/2007
4012286789

E&G Property Services
3539 A Street SE
Washington, DC 20019

First Union Nat'l Bk
Chapel Hill, NC

4398571

7/3/2007

Pay to the Order of Signius

$ 2,292.00

Two Thousand Two Hundred Ninety Two Dollars and 00 Cents

MEMO: Bal/DDa27262

This draft authorized by your depositor
No Signature Required

RETURN REASON - S
REFER TO MAKER

⑈4398571⑈ ⑆053101561⑆ 2079920014901⑈ ⑈0000229200⑈

⑈4398571⑈ ⑆053101561⑆ 2079920014901⑈ ⑈0000229200⑈

TO
ESTELLA

FROM
ANN

Jul 13 2007 1:41PM SIGNIUS COMMUNICATIONS 4106311604 p.3

JUL-14-2007 01:33 From: To:14106311604 Page:2/2

Jul 03 2007 11:26AM SIGNIUS COMMUNICATIONS 4106311604 p.1

Fax Ann

To: Ann Posluszny : 732-940-7592

From: Mary Wolff Baltimore Office - Fax # 410-631-1604

# CHECK BY PHONE REQUEST FORM

Fax or email to this form to Ann Posluszny. All information must be completed in order to process your request. If you do not receive confirmation back from Ann within 30 minutes, please call her office.

1. Office: BALTIMORE
2. Billing account number: DDO 27262
3. Date: 7/3/07
4. Amount of check: 2,292.00
5. Client's name or Business name that is on check: E & G Property Services
6. Contact name: Stephanie Oldes
7. Client's address (street, city, state & zipcode): 3539 A. Street SE. Washington DC 20019
8. Client's phone number that is on the check: 202-582-5250
9. Client's email address (not required, but can be helpful):
10. Routing number on check (must be 9 digits): 053101561
11. Client's checking account number: 2079920014901
12. Client's check number: 4398571
13. Client's bank Name, City & State: First Union National Bank Chapel Hill North Carolina 27514

Confirmation received from Ann Posluszny:

Date: 7-3-07

Time: 1:00PM

Amount: 2292.00