# Exhibit 3



**GEORGETOWN UNIVERSITY HOSPITAL**
**HUMAN RESOURCES DEPARTMENT**
3800 Reservoir Road, NW, 3rd Floor CCC
Washington, DC 20007
202-784-2800

Georgetown
University
Hospital

## JOB REFERENCE FORM

*HUMAN RESOURCE EMPLOYMENT AND SERVICES*
*2001 JAN 26*

I hereby authorize the release of employment information to Georgetown University Hospital. 57 7

**PLEASE PRINT**

TO: ~~Chtor~~ Sandra L. Gether
*SUPERVISOR'S NAME/DEPARTMENT*

1300 Kalmia Rd NW
*COMPANY NAME*
*STREET ADDRESS*

Washington DC 20012
*CITY/STATE/ZIP CODE*

**GUH only**

MW

Print Name: Stephanie L Olds          Employed: From 8/91   To 5/97

Title of Position Held: Office Manager

Name Used for Prior Employment:

Reason for Leaving: Physician retired

SSN: ████████          Applicant's Signature: Stephanie L Olds   Date: 1/17/01

---

**RECIPIENT:** *Please verify dates, and reason for leaving, and check the appropriate rating below.*

Is information above correct?   ☑ Yes   ☐ No

| | Excellent | Above Average | Satisfactory |
|---|---|---|---|
| PUNCTUALITY AND ATTENDANCE . . . . . . . . . | ✓ ✗ | | |
| QUALITY OF WORK . . . . . . . . . . . . . . . . . . . . | ✓ ✗ | | |
| PRODUCTIVITY . . . . . . . . . . . . . . . . . . . . . | ✓ ✗ | | |
| COMPATIBILITY WITH OTHERS . . . . . . . . . | ✓ ✗ | | |
| FOLLOWS DIRECTIONS . . . . . . . . . . . . . . . . | ✓ ✗ | | |
| ABILITY TO SUPERVISE *(If Applicable)* . . . . . . | ✓ ✗ | | |

Please File
(New hire)
1/24/01
Georgetown University Hospital
Human Resources Department
202-784-2800

Please explain "Less Than Satisfactory/Unacceptable" rating(s) or add relevant comments.

Words cannot express the quality of professionalism + development Stephanie possess.

Would you rehire this person?   ☑ Yes   ☐ No

Verified by: ~~XXXXXX~~ RRS   Administrator   Date: 1/22/2001
*SIGNATURE*                *TITLE*

*We sincerely appreciate your prompt and accurate response.*

SE000066