# Exhibit 4

Case 1:06-cr-00186-GK    Document 52-5    Filed 03/05/2008    Page 1 of 2



**GEORGETOWN UNIVERSITY HOSPITAL**
HUMAN RESOURCES DEPARTMENT
3800 Reservoir Road, NW, 3rd Floor CCC
Washington, DC 20007
202-784-2800

## JOB REFERENCE FORM

EMPLOYMENT AND
HUMAN RESOURCE SERVICES
2001 JAN 25 I A 11: 40

I hereby authorize the release of employment information to Georgetown University Hospital.

PLEASE PRINT

TO: Dr. South
Orthopaedic Associates
P.O. Box 92791
WDC 20090

GUH only: MW

Print Name: Stephanie Olds
Employed: From 6/99 To 6/00
Title of Position Held: Office Manager
Name Used for Prior Employment: ___
Reason for Leaving: Physician went back to before
SSN: [redacted]    Applicant's Signature: Stephanie R Olds    Date: 1/17/01

RECIPIENT: Please verify dates, and reason for leaving, and check the appropriate rating below.

Is information above correct?  ☒ Yes  ☐ No

| | Excellent | Above Average | Satisfactory | Less Than Satisfactory | Unacceptable |
|---|---|---|---|---|---|
| PUNCTUALITY AND ATTENDANCE | ✓ ++++ | | | | |
| QUALITY OF WORK | ✓ ++++ | | | | |
| PRODUCTIVITY | ✓ ++++ | | | | |
| COMPATIBILITY WITH OTHERS | excellent | | | | |
| FOLLOWS DIRECTIONS | too well | | | | |
| ABILITY TO SUPERVISE (If Applicable) | excellent | | | | |

Please explain "Less Than Satisfactory/Unacceptable" rating(s) or add relevant comments.
I would not hesitate in recommending such an outstanding person to you.

Would you rehire this person? ☒ Yes ☐ No
Verified by: [signature]    Title: M.D.    Date: 1/22/01

We sincerely appreciate your prompt and accurate response.
Please fax the completed form to **202-784-2875**.    Thank You

HR-18 (10/00)

SE000060