UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 06-CR-186 (GK) |
| **STEPHANIE EMERSON OLDS** | : | |

UNOPPOSED
MOTION FOR LEAVE TO LATE FILE SENTENCING MEMORANDUM

Ms. Stephanie Emerson Olds, through undersigned counsel, respectfully moves this Honorable Court for leave to late file, by two days, a sentencing memorandum. In support of this motion, counsel states:

1. Ms. Olds's sentencing memorandum was due on Wednesday, March 5, 2008.

2. Due to counsel's other commitments relating to cases involving the recent retroactive application of the amended guidelines for crack cocaine offenses, counsel was unable to complete the sentencing memorandum by March 5th. Over the last several weeks, counsel has review more than 450 files relating to the amended guidelines and, with the assistance of one other lawyer, has filed 62 uncontested motions and 19 contested motions. In addition, counsel has been preparing to file several hundred additional motions and addressing numerous telephone calls related to this issue.

3. Undersigned counsel spoke with Assistant United States Attorney Ellen Chubin Epstein, who represented that the government does not oppose this motion.

WHEREFORE, for the foregoing reasons, Ms. Olds requests leave to late file a sentencing memorandum.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500