## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 06-CR-186 (GK) |
| **STEPHANIE EMERSON OLDS** | : | |

### ORDER

Upon consideration of defendant's Unopposed Motion for Leave to Late File Sentencing Memorandum and finding good cause shown, it is this __ day of March, 2008, hereby

ORDERED that the motion is GRANTED.

_____
THE HONORABLE GLADYS KESSLER