# EXHIBIT A

*Mary Petras (202) 208-7515*

# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781

Case No. 0501SP006802007
Date: 03/09/2007 9:30 a.m.

## OLDS, STEPHAINE vs OLDS, TONY JR
### FINAL PROTECTIVE ORDER

After the appearance of the PETITIONER, and in consideration of the Petition and evidence, the Court makes the following findings:

A. That STEPHAINE OLDS, who is a Person(s) Eligible for Relief, is:
   The current spouse of the Respondent.

B. That the Petitioner is:
   The Person Eligible for Relief

C. That there is clear and convincing evidence that the Respondent committed the following act(s) of abuse:
   Assault in any degree

Based on the foregoing findings, the Court hereby ORDERS:

1. That unless otherwise stated below, this Order is effective until 3/9/2008.

2. That the Respondent SHALL NOT abuse, threaten to abuse, and/or harass STEPHANIE OLDS.

3. That the Respondent SHALL NOT contact (in person, by telephone, in writing, or by any other means) or attempt to contact STEPHANIE OLDS.

4. Respondent SHALL NOT enter an undisclosed residence for reasons of safety..

5. That the Respondent SHALL STAY AWAY from
   The following place(s) of employment:
   MEADOW GREEN COURTS, WASHINGTON, DC

Date: 03/09/2007

Each party shall be served with a copy of this Final protective Order.

JUDGE DANEEKA COTTON

PC/DV3 (Rev. 10/2005)                       Page 1

# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY
4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781



Case No. 0501SP006802007
Date: 03/09/2007 9:30 a.m.

**OLDS, STEPHAINE vs OLDS, TONY JR**

## CERTIFICATION OF ISSUING JUDGE

It is certified that under the laws of Maryland:
(1) The issuing court has jurisdiction over the parties and the subject matter.
(2) The Respondent was given reasonable notice and an opportunity to be heard at a Protective Order hearing.
(3) In the case where mutual Protective Orders have been issued, the court has made a detailed finding of fact that each party was entitled to such an order.

Date: 03/09/2007

Court: District Court of Maryland for PRINCE GEORGE'S COUNTY
Address: 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781
Phone: 301-699-2766

JUDGE DANEEKA COTTON

## TRUE COPY CERTIFICATION OF FINAL PROTECTIVE ORDER

**Attestation of Clerk**

I, Mary Jones-Abrams, Clerk of this Court in PRINCE GEORGE'S COUNTY, State of Maryland, do hereby certify that I have compared this Order with the original Order, which is on file in my office, and that this Order is a true and correct copy of the original, and the whole thereof.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781 this Ninth day of March, 2007.

CLERK Mary Jones-Abrams

**Attestation of Judge**

I, DANEEKA COTTON, Judge of this Court in PRINCE GEORGE'S COUNTY, State of Maryland, do hereby certify that Mary Jones-Abrams whose name is subscribed to the foregoing certificate of attestation, now is, and/or was at the time of signing and sealing the same, a Clerk of this Court in PRINCE GEORGE'S COUNTY and that his/her attestation is in due form of law.

Date: 03/09/2007

Court: District Court of Maryland for PRINCE GEORGE'S COUNTY
Address: 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781
Phone: 301-699-2766

JUDGE DANEEKA COTTON

To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the Court immediately.

## NOTICE TO RESPONDENT: PENALTIES

Violation of this Order may result in criminal prosecution, imprisonment and/or fine, and contempt of court. Law enforcement shall arrest a person whom the officer has probable cause to believe is in violation of this Order, Maryland Code, Family Law Article, § 4-508. This Protective Order shall be recognized and enforced by the court of another state or jurisdiction, 18 U.S.C.A. § 2265.

## NOTICE TO RESPONDENT: FIREARMS

In accordance with Maryland Code, Public Safety Article, § 5-133(b)(8), no respondent against whom a current non ex parte civil protective order has been entered under Maryland Code, Family Law Article § 4-506 may possess any regulated firearm as defined in Maryland Code, Public Safety Article § 5-101(p). Violation may result in penalties as described above.

PC/DV3 (Rev. 12/2004)                    Page 2

# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781

Case No. 0501SP006802007
Date: 03/09/2007 9:30 a.m.

**OLDS, STEPHAINE    vs    OLDS, TONY JR**

**CERTIFICATION OF ISSUING JUDGE**

Federal law also may bar a respondent from possessing, shipping, or transporting ammunition or firearm (both regulated and not under Maryland law) for the duration of the order, as provided in 18 United States Code § 922(g)(8).

Questions regarding this notice should be directed to your attorney, local police department, or the Maryland State Police Firearms Enforcement Section at 410-290-0050.