HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 4 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA     :   Docket No.: 06-CR-186

vs.                          :

OLDS, Stephanie Emerson      :   Disclosure Date: January 11, 2008

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Ellen Chubin Epstein_                                 1/25/08
Prosecuting Attorney                                   Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Stephanie Olds_  2/6/08                              _[signature]_  2/6/08
Defendant        Date                                  Defense Counsel   Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by January 25, 2008, to U.S. Probation Officer Crystal Lustig, telephone number (202) 565-1425, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

February 8, 2008

Crystal S. Lustig
United States Probation Officer
333 Constitution Avenue, N.W.
Washington, D.C. 20001

BY FAX

Re:   United States v. Stephanie Olds
       06-CR-186

Dear Ms. Lustig:

I write to submit the following objections/corrections to the Presentence Investigation Report prepared in the above reference case.

1. On page 10, in paragraph 30, the report refers to allegations regarding theft from Dr. Michael D. Paul. The placement of these allegations under the heading "Other Relevant Conduct Not Included in the Indictment" is inaccurate. These allegations are not relevant to the charged offenses. In fact, the government initially argued that it would use these allegations to cross-examine Ms. Olds is she testified at trial, but then conceded that doing so was not permissible. While the government can use these allegations in relation to the issue of sentencing, the allegations are not "relevant conduct."

2. Similarly, on page 10, in paragraphs 31 through 34, the report lists allegations that were not related to the charged offense. She has not been charged with any such conduct and Ms. Olds objections to the inclusion of these allegations.

3. On page 11, in paragraph 35, the report lists incorrect loss amounts by including the unrelated allegations in paragraphs 30 through 34. The correct loss amount is 204,810.30, including an actual loss of 149,278.30 and an intend loss of 55,532.00.

4. Page 18, paragraphs 64, 65 and 66, list arrests that Ms. Olds does not recall. Please provide me with copies of any documents you have to support these allegations.

Crystal S. Lustig
February 8, 2008
Page 2

    5. In paragraph 70, on page 19, the report states, "The couple has a daughter, Cheyla Olds, age 15." That sentence should be in paragraph 71, not paragraph 70, because Cheyla's father is Tony Olds.

    6. In paragraph 88, on page 22, the report incorrectly states that Ms. Olds falsified a check.

    7. In paragraph 89, on page 22, the report incorrectly states that "Ms. Olds was terminated when it was discovered that she was embezzling money from the company." Ms. Olds does not agree with those allegations, and she was terminated because a new management company took over the management of the building and informed Ms. Olds that her position had been abolished.

    8. On page 26, in paragraph 117, the report incorrectly lists Erica Ford as the recipient of the restitution owed to the Internal Revenue Service. While it may need to be directed to her, it probably should not be made payable to her.

    9. With regard to the government's objections to the report, Ms. Olds objects to the allegations the government submits for addition to paragraph 88.

    10. Also with regard to the objection submitted by the government regarding the acceptance of responsibility points, the government's assertion that Ms. Olds is not entitled to this reduction is factually and legally inaccurate. Please provide me notice if you intend to change the report, so that I can submit an objection.

    Please let me know if you have any questions regarding any of these objections/corrections.

Sincerely,

Mary Manning Petras

cc: AUSA Ellen Chubin Epstein
    By Email