UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :

      v.                                 :   Cr. No. 06-186 (GK)

STEPHANIE EMERSON OLDS,             :

      Defendant.                         :

## NOTICE OF APPEAL

**Name and address of appellant:**	Stephanie Emerson Olds

**Name and address of appellant's attorney:**	Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

**Offense:**	18 U.S.C. § 666(1)(A) - Theft From a Program Receiving Federal Funds
18 U.S.C. § 287 - Making False Claims
22 D.C.C. § 3221(a) & 3222(a)(1) - Fraud in the First Degree

**Concise statement of judgment or order, giving date, and any sentence:**
Order dated April 28, 2008 - 51 months on Counts 2 & 3 to run concurrent, 2 years on Count 6, execution of sentence on Count 6 is suspended and defendant is placed on probation for 5 years to run consecutively to Counts 2 & 3. Three years supervised release on Counts 2 & 3; $300 assessment; and $88,050.33 restitution.

**Name of institution where now confined, if not on bail:**

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

| 5/8/08 | Stephanie Emerson Olds |
|---|---|
| DATE | APPELLANT |

                                                      /s/

CJA, NO FEE _____ FPD _____
PAID USDC FEE ___No_____ ATTORNEY FOR APPELLANT
PAID USCA FEE ___No_____

Does counsel wish to appear on appeal?  _X_ Yes  ___ No
Has counsel ordered transcripts?  ___ Yes  _X_ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  _X_ Yes  ___ No