HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

**JUN 1 9 2008**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

Stephanie Olds                    Docket No.: 06-CR-186

TO:    DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  **Stephanie Olds**  having been sentenced. on April 24.

2008. in the above case to the custody of the Bureau of Prisons. surrender himself to the Bureau

of Prisons by reporting to ____FPC Alderson____. in ____Alderson, WV____ by 2 p.m.,

on ____July 9, 2008____.

June 18, 2008
Date

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:**  I agree to report as directed in this Order and understand that if I fail to do so. I
may be cited for Contempt of Court. and if convicted of this offense. may be punished by imprisonment or
fine, or both.

ATTORNEY/U.S. PROBATION OFFICER          DEFENDANT

Revised 6-2004

