**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


**UNITED STATES OF AMERICA**          :

          **v.**                                           :          **CR 06-186 (GK)**

**STEPHANIE OLDS**                         :


**MOTION TO CONTINUE REPORTING DATE**

    Ms. Stephanie Olds, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the date by which she must report to begin serving her sentence.

    1.  On April 28, 2008, the Court sentenced Ms. Olds to a 51 month term of imprisonment and permitted Ms. Olds to self-surrender to the Bureau of Prisons on date to be determined by the Bureau of Prisons.  Ms. Olds has been directed to begin serving her sentence on July 30, 2008.

    2.  Ms. Olds is in the process of divorcing her husband. The divorce has been contentious and involves disputes over the custody of their fifteen-year-old daughter.  Ms. Olds also has filed proceedings against her husband to obtain a restraining order.  The hearing on that matter is scheduled for July 30, 2008 in Prince George's County.  Ms. Olds would like an opportunity to complete her divorce proceedings, resolve the custody issues and complete the restraining order proceedings before beginning her sentence.

3.  In addition, Mr. Olds has medical conditions for which she needs treatment and would like to have the treatment completed by her own doctors before she begins serving her sentence.  Specifically, Ms. Olds reports that she has recently had a sleep study and learned that her heart stops during sleep. She is scheduled to see a doctor for the problems related to her heart.  She also reports that she has some internal bleeding and is scheduled to have a hysterectomy – she was previously scheduled to have this procedure, but it could not be performed at that time due to complications.

WHEREFORE, Ms. Olds moves this Honorable Court to continue the date by which she must report to the Bureau of Prisons to begin serving her sentence.  She expects that it will take several months to resolve the issues discussed above and requests an extension sufficient to resolve these issues.

Respectfully submitted,

/s/

_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500