UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | CR 06-186 (GK) |
| **STEPHANIE OLDS** : | |

### ORDER

Upon consideration of Defendant Stephanie Old's motion and finding good cause shown, it is this \_\_ day of July, 2008, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Ms. Olds is not required to report to begin serving her sentence on July 30, 2008; and it is further

ORDERED that Ms. Olds shall be required to report to serve her sentence on a date after _____.

_____
THE HONORABLE GLADYS KESSLER