UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 06-186 (GK) |
| STEPHANIE OLDS, | : |
| Defendant. | : |

## ORDER

The Defendant, Stephanie Olds, has been directed to begin serving her sentence of 51 months of imprisonment on July 30, 2008. She has known of this date for a long period of time. One day before she is to turn herself in, she has filed a Motion to Continue Reporting Date. Not only has she failed to provide <u>any</u> supporting documentation for the facts alleged in the Motion, but she failed to inform the Government that such a Motion would be filed. Because of the imminence of the self-surrender date, the Government was contacted *ex parte* by the Court's law clerk and expressed its "vehement" opposition to the Motion.

In light of these facts, as well as the entire record in this case, the Court concludes that there is no justification for granting the Motion and it is hereby **denied**.

July 29, 2008

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**