FILED
AUG 0 8 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. Stephanie Emerson Olds            Docket No.: 1:06cr186-01

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☐ Concur with recommendation of the Probation Office

☐ No action

☑ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

☑ Notice to US Marshal - Warrant to be entered into NCIC in all cases

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____ Hearing on Violation or ____ Modification Hearing with Voluntary appearance

   ☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other _____

_____
Gladys Kessler
United States District Judge

_____8/8/08_____
Date